UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA11CV07154-MRP (MANx) | Date | September 9, 2011 |
|---|---|---|---|
| Title | THRIVENT FINANCIAL FOR LUTHERANS v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL., | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**        (In Chambers)

## ORDER SETTING STATUS CONFERENCE

   The Court hereby Orders the parties to appear on Thursday, September 29, 2011 at 1:30 p.m. for a Status Conference in the matters of LA11CV07152-MRP (MANx) Bankers Insurance Company et al., v. Countrywide Financial Corporation, et al, LA11CV07154-MRP (MANx) Thrivent Financial for Lutherans v. Countrywide Financial Corporation, et al, LA11CV07163-MRP (MANx) Sterling Federal Bank, F.S.B. v. Countrywide Financial Corporation, et al, LA11CV07165-MRP (MANx) Dexia Holdings, Inc., et al, v. Countrywide Financial Corporation, et al, LA11CV07166-MRP (MANx) Western and Southern Life Insurance Company et al, v. Countrywide Financial Corporation, et al, LA11CV07167-MRP (MANx) American Fidelity Assurance Company v. Countrywide Financial Corporation, et al

   IT IS SO ORDERED.