1   IRELL & MANELLA LLP
    David Siegel (101355)
2   dsiegel@irell.com
    A. Matthew Ashley (198235)
3   mashley@irell.com
    Allison L. Libeu (244487)
4   alibeu@irell.com
    1800 Avenue of the Stars, Suite 900
5   Los Angeles, California 90067-4276
    Telephone:   (310) 277-1010
6   Facsimile:   (310) 203-7199

7   Attorneys for Defendant
    Angelo Mozilo
8

9                  UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12

| | |
|---|---|
| 13   IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 2265 |
| 14 | |
| 15 | |
| 16   THRIVENT FINANCIAL FOR LUTHERANS, *et al.*, | Case No. 11-CV-7154-MRP (MANx) |
| 17                       Plaintiffs, | **DEFENDANT ANGELO MOZILO'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| 18 | |
| 19                       vs. | **[C.D. Cal. Local Rule 7.1-1]** |
| 20   COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | Assigned to Hon. Mariana R. Pfaelzer Courtroom 12 |
| 21 | |
| 22                       Defendants. | |
| 23 | |

24

25

26

27

28

1   Pursuant to Local Rule 7.1-1 of the United States District Court for the

2   Central District of California, the undersigned, counsel of record for Defendant

3   Angelo Mozilo, certifies that the following listed parties may have a pecuniary

4   interest in the outcome of this case.  These representations are made to enable the

5   Court to evaluate possible disqualification or recusal.

6

7   | **NAME** | **RELATIONSHIP** |
| --- | --- |
8   | Angelo Mozilo | Defendant |
9   | Countrywide Financial Corporation | Defendant |
10  | Countrywide Home Loans, Inc. | Defendant |
11  | Countrywide Home Loans Servicing, LP | Defendant |
12  | CWALT, Inc. | Defendant |
13  | CWMBS, Inc. | Defendant |
14  | CWABS, Inc. | Defendant |
15  | CWHEQ, Inc. | Defendant |
16  | Countrywide Securities Corporation | Defendant |
17  | Countrywide Capital Markets, LLC | Defendant |
18  | David A. Sambol | Defendant |
19  | Bank of America Corporation | Defendant |
20  | BAC Home Loans Servicing, L.P. | Defendant |
21  | NB Holdings Corporation | Defendant |
22  | Residential Funding Company, LLC | Former Defendant |
23  | Residential Accredit Loans, Inc. | Former Defendant |
24  | GMAC Mortgage LLC | Former Defendant |
25  | Residential Asset Mortgage Products, Inc. | Former Defendant |
26  | Residential Funding Securities, LLC | Former Defendant |
27  | Homecomings Financial, LLC | Former Defendant |
28  | Ally Bank | Former Defendant |

DEFENDANT ANGELO MOZILO'S CERTIFICATION
AND NOTICE OF INTERESTED PARTIES
Case No. 11-CV-7154-MRP (MANx)

| | **NAME** | **RELATIONSHIP** |
|---|---|---|
| 1 | | |
| 2 | Thrivent Financial for Lutherans | Plaintiff |
| 3 | Thrivent Life Insurance Company | Plaintiff |
| 4 | Thrivent Balanced Fund | Plaintiff |
| 5 | Thrivent Core Bond Fund | Plaintiff |
| 6 | Thrivent Income Fund | Plaintiff |
| 7 | Thrivent Limited Maturity Bond Fund | Plaintiff |
| 8 | Thrivent Balanced Portfolio | Plaintiff |
| 9 | Thrivent Bond Index Portfolio | Plaintiff |
| 10 | Thrivent Limited Maturity Bond Portfolio | Plaintiff |
| 11 | Thrivent Financial Defined Benefits Plan Trust | Plaintiff |
| 12 | Thrivent Financial for Lutherans Foundation | Plaintiff |
| 13 | ACE American Insurance Co. | Insurer |
| 14 | ACE Bermuda Insurance Ltd. | Insurer |
| 15 | Allied World Assurance Co. | Insurer |
| 16 | Arch Reinsurance Ltd. | Insurer |
| 17 | Arch Specialty Insurance Co. | Insurer |
| 18 | Axis Reinsurance Co. | Insurer |
| 19 | Chubb & Son/Federal Insurance Co. | Insurer |
| 20 | Endurance Specialty Insurance Ltd. | Insurer |
| 21 | Liberty Mutual Insurance Co. | Insurer |
| 22 | Lloyd's Underwriters | Insurer |
| 23 | Max Bermuda Ltd. | Insurer |
| 24 | Max Re Ltd. | Insurer |
| 25 | National Union Fire Insurance Co. of Pittsburgh, PA | Insurer |
| 26 | RLI Insurance Co. | Insurer |
| 27 | SR International Business Insurance Co., Ltd. | Insurer |
| 28 | Starr Express Liability Insurance Co., Ltd. | Insurer |

DEFENDANT ANGELO MOZILO'S CERTIFICATION
AND NOTICE OF INTERESTED PARTIES
Case No. 11-CV-7154-MRP (MANx)

| NAME | RELATIONSHIP |
|------|--------------|
| Starr Express Liability Insurance International Ltd. | Insurer |
| Steadfast Insurance Co. | Insurer |
| U.S. Specialty Insurance Co. | Insurer |

Dated:  September 13, 2011

Respectfully submitted,

IRELL & MANELLA LLP


By: _Allison L. Libeu_ _____
     Allison L. Libeu
     Attorneys for Defendant
     Angelo Mozilo