Name & Address:
William Sushon
O'MELVENY & MYERS LLP
7 Times Square
New York, NY
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THRIVENT FINANCIAL FOR LUTHERANS, et al., PLAINTIFF(S) | CASE NUMBER |
|---|---|
| | CV 11-07154 MRP (MANx) |
| v. COUNTRYWIDE FINANCIAL CORPORATION, et al., DEFENDANT(S). | NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, __William Sushon__ , __n/a__ , __wsushon@omm.com__
     *Name*          *CA Bar ID Number*          *E-mail Address*

☐ am counsel of record or ☑ out-of-state attorney in the above-entitled cause of action for the following party(s)

Defendants Bank of America Corporation, BAC Home Loans Servicing, LP, and NB Holdings Corporation

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address _____

☑ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name  William Sushon                    CA State Bar Number  n/a
Firm/Government Agency Name  O'Melveny & Myers LLP
Address: 7 Times Square
Telephone Number  (212) 326-2000               Facsimile Number  (212) 326-2061
New E-mail address  wsushon@omm.com

☐   TO BE REMOVED FROM THE CASE: **
    ☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX
    ☐   The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one  member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: September 23, 2011            /s/ William Sushon
                                    *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update     their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

# CERTIFICATE OF SERVICE

I, Elizabeth G. Lorenzana, declare:

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 400 South Hope Street, Los Angeles, California, 90071. I am familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.

I hereby certify that on September 23, 2011, the document listed below was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and mailed the following document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List:

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 23, 2011, at Los Angeles, California.

_____
Elizabeth G. Lorenzana

# Mailing Information for a Case 2:11-cv-07154-MRP -MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A Matthew Ashley**
  mashley@irell.com,sknight@irell.com
- **Benedetto L. Balding**
  bbalding@murphyrosen.com,mtapia@murphyrosen.com
- **Bruce D Bernstein**
  bruce@blbglaw.com
- **Brian G Burke**
  brian.burke@shearman.com
- **Bradley J Butwin**
  bbutwin@omm.com
- **Jai K Chandrasekhar**
  jai@blbglaw.com
- **Kirsten M Cunha**
  kirsten.cunha@shearman.com
- **Holly L Gershow**
  hgershow@irell.com
- **Adam S Hakki**
  ahakki@shearman.com
- **Allison Lauren Libeu**
  alibeu@irell.com,lstevens@irell.com
- **Lauren A McMillen**
  lauren@blbglaw.com
- **Blair A Nicholas**
  blairn@blbglaw.com,mfrank@murrayfrank.com,denab@blbglaw.com,kellyn@blbglaw.com,amyn@blbglaw.com,errol.hall@blbglaw.com,kayem@blbglaw.com,nikim@blbglaw.com,Jessica.Cuccurullo@blbglaw.com,timothyd@blbglaw.com
- **Jonathan Rosenberg**
  jrosenberg@omm.com
- **Frank M Scaduto**
  fscaduto@orrick.com,msalas@orrick.com,jkwan@orrick.com,tsarkaria@orrick.com
- **David Siegel**
  dsiegel@irell.com,rgrazziani@irell.com
- **Gerald H Silk**
  jerry@blbglaw.com
- **William J Sushon**
  wsushon@omm.com
- **Michael D Torpey**
  mtorpey@orrick.com
- **Michael C Tu**
  mtu@orrick.com

- **John W Ursu**
  jursu@greeneespel.com,lbulson@greeneespel.com
- **David L Wales**
  dwales@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Brooke D Anthony
Anthony Ostlund Baer & Louwagie PA
90 S 7th St Ste 3600
Mpls, MN 55402

Jennifer A L Battle
Carpenter Lipps & Leland LLP
280 N High St Ste 1300
Columbus, OH 43215

Sarah E Bushnell
Kelly and Hannah, PA
80 S 8th St Ste 3720
Mpls, MN 55402

Andre T Hanson
Fulbright & Jaworski LLP
80 S 8th St Ste 2100
Mpls, MN 55402

David L Hashmall
Hinshaw & Culbertson
3100 Piper Jaffray Twr
222 S 9th St
Minneapolis, MN 55402

Timothy D Kelly
Kelly and Hannah, PA
80 S 8th St Ste 3720
Mpls, MN 55402

Ronn B Kreps
Fulbright & Jaworski
80 S 8th St Ste 2100
Mpls, MN 55402

Jeffrey A Lipps
Carpenter Lipps & Leland LLP
280 N High St Ste 1300
Columbus, OH 43215

Vincent D Louwagie
```

Anthony Ostlund Baer & Louwagie PA
90 S 7th St Ste 3600
Mpls, MN 55402

**Andrew M Luger**
Greene Espel
200 S 6th St Ste 1200
Mpls, MN 55402-1415

**Courtland C Merrill**
Anthony Ostlund Baer & Louwagie PA
90 S 7th St Ste 3600
Mpls, MN 55402

**Karin E Peterson**
Rice Michels & Walther
10 Second St NE Ste 206
Minneapolis, MN 55413

**Brian F Rice**
Rice  Michels & Walther LLP
10 2nd St NE Ste 206
Minneapolis, MN 55413

**Erin Sindberg Porter**
Greene Espel PLLP
200 S 6th St Ste 1200
Mpls, MN 55402-1415

**Angela Paul Whitfield**
Carpenter Lipps & Leland LLP
280 N High St Ste 1300
Columbus, OH 43215