MICHAEL C. TU (State Bar No. 186793)
mtu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: 213-629-2020
Facsimile: 213-612-2499

MICHAEL D. TORPEY (State Bar No. 79424)
mtorpey@orrick.com
FRANK M. SCADUTO (State Bar No. 271451)
fscaduto@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant David Sambol

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 11-CV-07154-MRP (MANx)<br><br>**DEFENDANT DAVID SAMBOL'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[C.D. Cal. Local Rule 7.1-1]**<br><br>Judge:      Hon. Mariana R. Pfaelzer<br>Courtroom:  12 |

1  The undersigned, counsel of record for defendant David Sambol, certifies that
2  the following listed parties may have a pecuniary interest in the outcome of this
3  case. These representations are made to enable the Court to evaluate possible
4  disqualification or recusal.
5
6  ACE American Insurance Co.     Liberty Mutual Insurance Co.
7  ACE Bermuda Insurance Ltd.     Lloyd's Underwriters
8  Allied World Assurance Co.     Max Bermuda Ltd.
9  Angelo Mozilo     Max Re Ltd.
10 Arch Reinsurance Ltd.     NB Holdings Corporation
11 Arch Specialty Insurance Co.     RLI Insurance Co.
12 Axis Reinsurance Co.     CWABS, Inc.
13 BAC Home Loans Servicing, L.P.     CWALT, Inc.
14 Bank of America Corp.     CWMBS, Inc.
15 Chubb & Son/Federal Insurance Co.     CWHEQ, Inc.
16 Countrywide Capital Markets, LLC     Countrywide Home Loans, Inc.
17 Countrywide Financial Corp.     Countrywide Securities Corp.
18 Countrywide Home Loans Servicing LP     U.S. Specialty Insurance Co.
19 Endurance Specialty Insurance Ltd.     Steadfast Insurance Co.
20 Starr Express Liability Insurance Co.,     National Union Fire Insurance Co. of
21     Ltd.     Pittsburgh, PA
22 Starr Express Liability Insurance     SR International Business Insurance
23     International Ltd.     Co., Ltd.
24 David A. Sambol
25 ///
26 ///
27 ///
28 ///

- 1 -

| | | |
|---|---|---|
| 1 | Dated: September 28, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | | By:   */s/ Michael C. Tu* |
| 5 | | Michael C. Tu |
| 6 | | Attorneys for Defendant David Sambol |

- 2 -

DAVID SAMBOL'S CERTIFICATION AND
NOTICE OF INTERESTED PARTIES
11-CV-07154-MRP (MANx)

OHS WEST:261353619.4