Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: 213.426.2500
Fax: 213.623.1673

Brian C. Devine (SBN# 222240)
bdevine@goodwinprocter.com
Brian E. Pastuszenski
bpastuszenski@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231

*Attorneys for Defendants:*
Countrywide Financial Corp., Countrywide Securities Corp., Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CWMBS, Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, THRIVENT LIFE INSURANCE COMPANY, THRIVENT BALANCED FUND, THRIVENT CORE BOND FUND, THRIVENT INCOME FUND, THRIVENT LIMITED MATURITY BOND FUND, THRIVENT BALANCED PORTFOLIO, THRIVENT BOND INDEX PORTFOLIO, THRIVENT LIMITED MATURITY BOND PORTFOLIO, THRIVENT FINANCIAL DEFINED BENEFITS PLAN TRUST, THRIVENT FINANCIAL FOR | Case No. 11-07154-MRP-MAN<br><br>**NOTICE OF APPEARANCE** |

LIBA/2230898.1

| | |
|---|---|
| 1 | LUTHERANS FOUNDATION, |
| 2 | |
|   |       *Plaintiffs*, |
| 3 | |
| 4 |   v. |
| 5 | COUNTRYWIDE FINANCIAL |
| 6 | CORPORATION; COUNTRYWIDE HOME LOANS, INC., |
| 7 | COUNTRYWIDE HOME LOANS SERVICING, LP, CWALT, INC., |
| 8 | CWMBS, INC. CWHEQ, INC., |
| 9 | COUNTRYWIDE SECURITIES CORPORATION, COUNTRYWIDE |
| 10 | CAPITAL MARKETS, LLC, ANGELO |
| 11 | MOZILO, DAVIS A. SAMBOL, BANK OF AMERICA CORP., BAC |
| 12 | HOME LOANS SERVICING, L.P., NB |
| 13 | HOLDINGS CORPORATION AND CWABS, INC., |
| 14 | |
| 15 |       *Defendants*. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LIBA/2230898.1

1 | TO THE CLERK OF THE COURT:

2 | **PLEASE TAKE NOTICE** that in accordance with the Court's order dated September 19, 2011, Brian E. Pastuszenski, of the law firm of Goodwin Procter LLP, located at 53 State Street, Boston, MA 02109, hereby appears as counsel for defendants Countrywide Financial Corp., Countrywide Securities Corp., Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CWMBS, Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the above-referenced address.

Respectfully submitted,

Dated: October 18, 2011

/s/ Brian E. Pastuszenski
Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
Brian C. Devine (SBN# 222240)
*bdevine@goodwinprocter.com*
Brian E. Pastuszenski
*bpastuszenski@goodwinprocter.com*

**GOODWIN PROCTER LLP**

Attorneys for Defendants:
Countrywide Financial Corp.,
Countrywide Securities Corp.,
Countrywide Capital Markets, LLC,
Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing LP, CWMBS, Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.

# PROOF OF SERVICE

I, Stephanie M. Toribio, declare:

I am employed in County of Suffolk, State of Massachusetts. I am over the age of 18 and not a party to the within action. My business address is Exchange Place, 3rd Floor, Boston, MA 02109.

On **October 18, 2011**, I served the following document by placing a true copy thereof in a sealed envelope(s) on the persons listed on the service list:

**NOTICE OF APPEARANCE**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **October 18, 2011**, at Boston, Massachusetts.

_____        _____
Stephanie M. Toribio                                       (Signature)
(Type or print name)

LIBA/2230898.1                                          3