BERNSTEIN LITOWITZ BERGER
　& GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DeLANGE   (Bar No. 190768)
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel:　(858) 793-0070
Fax:　(858) 793-0323
　　-and-
DAVID L. WALES
JAI K. CHANDRASEKHAR
LAUREN A. MCMILLEN
1285 Avenue of the Americas
New York, NY 10019
Tel:　(212) 554-1400
Fax:　(212) 554-1444

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 11-CV-7154-MRP (MANx)<br><br>**PLAINTIFFS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[C.D. Cal Local Rule 7.1-1]**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

The undersigned, counsel of record for Plaintiffs Thrivent Financial for Lutherans; Thrivent Life Insurance Company; Thrivent Balanced Fund; Thrivent Core Bond Fund; Thrivent Income Fund; Thrivent Limited Maturity Bond Fund; Thrivent Balanced Portfolio; Thrivent Bond Index Portfolio; Thrivent Limited Maturity Bond Portfolio; Thrivent Financial Defined Benefits Plan Trust; and Thrivent Financial for Lutherans Foundation, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Thrivent Financial for Lutherans (Plaintiff)
- Thrivent Life Insurance Company (Plaintiff)
- Thrivent Balanced Fund (Plaintiff)
- Thrivent Core Bond Fund (Plaintiff)
- Thrivent Income Fund (Plaintiff)
- Thrivent Limited Maturity Bond Fund (Plaintiff)
- Thrivent Balanced Portfolio (Plaintiff)
- Thrivent Bond Index Portfolio (Plaintiff)
- Thrivent Limited Maturity Bond Portfolio (Plaintiff)
- Thrivent Financial Defined Benefits Plan Trust (Plaintiff)
- Thrivent Financial for Lutherans Foundation (Plaintiff)
- Thrivent Mutual Funds
- Thrivent Series Fund, Inc.

| | |
|---|---|
| Dated: October 20, 2011 | Respectfully submitted, |
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | By:  */s/ Timothy A. DeLange*  <br>Timothy A. DeLange |
| | Attorneys for Plaintiffs Thrivent Financial for Lutherans; Thrivent Life Insurance Company; Thrivent Balanced Fund; Thrivent Core Bond Fund; Thrivent Income Fund; Thrivent Limited Maturity Bond Fund; Thrivent Balanced Portfolio; Thrivent Bond Index Portfolio; Thrivent Limited Maturity Bond Portfolio; Thrivent Financial Defined Benefits Plan Trust; and Thrivent Financial for Lutherans Foundation |