Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Daniel P. Roeser (*pro hac pending*)
droeser@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; Countrywide Capital Markets, LLC; Countrywide Securities Corporation; CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES**<br><br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

| | | |
|---|---|---|
| 1 | PUTNAM BANK, Individually and on Behalf of All Others Similarly Situated, | |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | Case No. 11-CV-04698-MRP (MANx) |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 6 | Defendants. | |
| 7 | BANKERS INSURANCE COMPANY, *et al.*, | |
| 8 | | |
| 9 | Plaintiffs, | Case No. 11-CV-07152-MRP (MANx) |
| 10 | v. | |
| 11 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 12 | Defendants. | |
| 13 | THRIVENT FINANCIAL FOR LUTHERANS, *et al.* | |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | Case No. 11-CV-07154-MRP (MANx) |
| 17 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 18 | | |
| 19 | Defendants. | |
| 20 | STERLING FEDERAL BANK, F.S.B., | |
| 21 | Plaintiff, | |
| 22 | v. | Case No. 11-CV-07163-MRP (MANx) |
| 23 | COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER RE SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

| | |
|---|---|
| DEXIA HOLDINGS, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 11-CV-07165-MRP (MANx) |
| WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 11-CV-07166-MRP (MANx) |
| AMERICAN FIDELITY ASSURANCE COMPANY<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 11-CV-07167-MRP (MANx) |

[PROPOSED] ORDER RE SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

Upon consideration of the parties' Stipulation Regarding Schedule for Motions to Dismiss Pending Cases, it is hereby ORDERED that:

1. in *Dexia Holdings, Inc., et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07165-MRP (MANx) ("*Dexia*") may serve and file supplemental briefs not exceeding 10 pages per side in support of or in opposition to the pending motion to remand.

2. The hearing on Plaintiffs' motion to remand in *Dexia* shall be on November 10, 2011. Should the Court deny the motion to remand, the hearing on Defendants' motions to dismiss shall be on January 26, 2012.

3. No later than November 4, 2011, each defendant in *Thrivent Financial for Lutherans, et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07154-MRP (MANx) ("*Thrivent*") may either: (i) submit a brief supplementing its motion to dismiss of up to 10 pages or (ii) withdraw its pending motion papers and re-file motion papers with a brief no longer than the word count of the brief that it previously filed.

4. Plaintiffs in *Thrivent* shall serve and file their opposition papers no later than December 15, 2011.

5. Defendants in *Thrivent* shall serve and file their reply papers no later than January 12, 2012.

6. The hearing on Defendants' motions to dismiss in *Thrivent* shall be on January 26, 2012, together with the hearing on Defendants' motions to dismiss in *Dexia* (if not remanded).

7. Plaintiffs in *Western and Southern Life Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07166-MRP (MANx) ("*WSLIC*") shall serve and file their amended complaint no later than November 7, 2011.

1
[PROPOSED] ORDER RE SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES

8. Defendants shall serve and file any consolidated motions to dismiss addressing arguments for dismissal of the claims in *Putnam Bank v. Countrywide Financial Corporation*, No. 11-CV-04698-MRP (MANx) ("*Putnam*"), *Bankers Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07152-MRP (MANx) ("*Bankers*"), *Sterling Federal Bank, F.S.B. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07163-MRP (MANx) ("*Sterling*"), *WSLIC*, and *American Fidelity Assurance Company v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07167-MRP (MANx) ("*AFAC*") based on jurisdiction, venue, and the applicable statutes of limitations and repose no later than December 7, 2011.

9. Plaintiffs shall serve and file any opposition papers to the consolidated motions to dismiss claims in *Putnam*, *Bankers*, *Sterling, WSLIC*, and *AFAC* based on jurisdiction, venue, and the applicable statutes of limitations and repose no later than January 13, 2012.

10. Defendants shall serve and file consolidated reply papers in support of the consolidated motions to dismiss claims in *Putnam*, *Bankers*, *Sterling, WSLIC*, and *AFAC* based on jurisdiction, venue, and the applicable statutes of limitations and repose no later than February 3, 2012.

11. The hearing on Defendants' consolidated motions to dismiss the federal law claims in *Putnam*, *WSLIC* and *AFAC* based on the applicable statutes of limitations and repose shall be on February 13, 2012.

12. The hearing on Defendants' consolidated motions to dismiss in *Putnam*, *Bankers*, *Sterling, WSLIC*, and *AFAC,* based on jurisdiction and venue and, with respect to the state law claims, based on the applicable statutes of limitations and repose shall be on February 14, 2012. Defendants' motions to dismiss will be considered a single motion under Federal Rule of Civil Procedure 12 such that, by filing motions to dismiss addressing only jurisdiction, venue, and whether Plaintiffs'

federal and state law claims are barred by the applicable statutes of limitations and repose, Defendants do not waive, but expressly preserve, any and all arguments and defenses. Accordingly, if any claims remain after the Court's disposition of the motions to dismiss based on jurisdiction, venue and the applicable statutes of limitations and repose, the parties shall confer on a further briefing schedule for the remaining grounds for the motions to dismiss.

IT IS SO ORDERED.

Dated: OCTOBER__, 2011

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa Street, 41st Floor, Los Angeles, CA 90017.

On **October 21, 2011**, I served the following documents on the persons on the attached service list as follows:

**[PROPOSED] ORDER re: STIPULATION REGARDING SCHEDULE FOR MOTIONS TO DISMISS PENDING CASES**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Boston, MA.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

1  ☐  (EXPRESS MAIL) I placed the envelope for collection and mailing,
2      following our ordinary business practices.  I am readily familiar with this
3      firm's practice for collecting and processing Express Mail for mailing.  On
4      the same day that Express Mail is placed for collection and mailing, it is
5      deposited in the ordinary course of business with the United States Postal
6      Service, in a post office, mailbox, sub-post office, substation, mail chute, or
7      other like facility regularly maintained by the United States Postal Service
8      for receipt of Express Mail.
9  ☐  (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly
10     maintained by Federal Express , an express service carrier, or delivered to a
11     courier or driver authorized by said express service carrier to receive
12     documents, a true copy  of the foregoing document in sealed envelopes or
13     packages designated by the express service carrier, addressed as stated
14     above, with fees for overnight delivery paid or provided for.
15 ☐  (MESSENGER SERVICE) I served the documents by placing them in an
16     envelope or package addressed to the persons at the addresses listed and
17     provided them to a professional messenger service for service.  A separate
18     Personal Proof of Service provided by the professional messenger service
19     will be filed under separate cover.
20 ☐  (FACSIMILE) Based on an agreement of the parties to accept service by
21     fax transmission, I faxed the documents to the persons at the fax numbers
22     listed. No error was reported by the fax machine that I used. A copy of the
23     record of the fax transmission, which I printed out, is attached.

2
CERTIFICATE OF SERVICE OF [PROPOSED] ORDER

1  ☐   (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or
2       an agreement of the parties to accept service by e-mail or electronic
3       transmission, I caused the documents to be sent to the persons at the e-mail
4       addresses listed. I did not receive, within a reasonable time after the
5       transmission, any electronic message or other indication that the
6       transmission was unsuccessful.
7           I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that
8       the foregoing is true and correct.
9           Executed on **October 21, 2011**, at Los Angeles, California.

| Gareth James Oania | _____ |
| (Type or print name) | (Signature) |

3
CERTIFICATE OF SERVICE OF [PROPOSED] ORDER

# SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-728-5693<br>Facsimile: 212-326-2061 | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation**<br><br>Tel: 213-430-6000<br>Fax: 213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Christopher G. Caldwell<br>David C. Codell<br>Jeffrey M. Hammer<br>Eric S. Pettit<br>**CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Tel : 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>codell@caldwell-leslie.com<br>hammer@caldwell-leslie.com<br>pettit@caldwell-leslie.com |

4

CERTIFICATE OF SERVICE OF [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | David A. Priebe<br>Shirli Fabbri Weiss<br>**DLA PIPER LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br><br>Nicolas Morgan<br>**DLA PIPER LLP**<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067-6022<br><br>Keara Gordon<br>Anthony Gill<br>**DLA PIPER LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | *Attorneys for Defendant:*<br>**Eric P. Sieracki**<br><br>Tel: 650-833-2000<br>Fax: 650-833-2001<br>david.priebe@dlapiper.com<br>shirli.weiss@dlapiper.com<br><br>Tel: 310-595-3000<br>Fax: 310-595-3300<br>nicolas.morgan@dlapiper.com<br><br>Tel: 212-335-4500<br>Fax: 212-335-4501<br>keara.gordon@dlapiper.com<br>anthony.gill@dlapiper.com |
| 10 | Jennifer M. Sepic<br>**BINGHAM MCCUTCHEN LLP**<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071<br><br>Leiv H. Blad , Jr<br>Zarema Arutyunova<br>**BINGHAM MCCUTCHEN LLP**<br>2020 K Street NW<br>Washington, DC 20006-1806 | *Attorneys for Defendant:*<br>**David A. Spector**<br><br>Tel: 213-680-6400<br>Fax: 213-680-6499<br>jennifer.sepic@bingham.com<br><br>Tel: 202-373-6564<br>Fax: 202-373-6001<br>leiv.blad@bingham.com<br>zarema.arutyunova @bingham.com |
| 16 | Joshua G. Hamilton<br>Peter Young Hoon Cho<br>William F. Sullivan<br>**PAUL HASTINGS JANOFSKY AND WALKER LLP**<br>515 South Flower Street 25th Fl<br>Los Angeles, CA 90071-2228 | *Attorneys for Defendants:*<br>**Ranjit Kripalani,**<br>**Jennifer S. Sandefur,**<br><br>Tel: 213-683-6<br>Fax: 213-627-0<br>joshuahamilton@paulhastings.<br>petercho@paulhastings.<br>williamsullivan@paulhastings.com |
| 21 | Anne L. Box<br>**SCOTT & SCOTT LLP**<br>6424 Santa Monica Boulevard<br>Los Angeles, CA 90038<br><br>David R. Scott<br>Amanda F. Lawrence<br>**SCOTT & SCOTT LLP**<br>156 South Main Street<br>Colchester, CT 06415<br>Telephone:  860-537-5537 | *Attorneys for Plaintiff*<br>**Putnam Bank**<br><br><br><br>Tel:  213-985-1274<br>Fax:  213-985-1278<br>abox@scott-scott.com<br>drscott@scott-scott.com<br>alawrence@scott-scott.com |

5
CERTIFICATE OF SERVICE OF [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Brian R. Kopelowitz, Esq.<br>Jason H. Alperstein, Esq.<br>**KOPELOWITZ OSTROW**<br>Ferguson Weiselberg Keechl<br>200 S.W. First Avenue, 12th Floor<br>Fort Lauderdale, FL 33301 | *Attorneys for Plaintiffs*<br>Bankers Insurance Company, Bankers Life Insurance Company, First Community Insurance Company, Bankers Specialty Insurance Company, and Sterling Federal Bank, F.S.B.<br><br>kopelowitz@kolawyers.com<br>alperstein@kolawyers.com<br>Tel: 954-525-4100<br>Fax: 954-525-4300 |
| 2 | Gerald H. Silk<br>David L. Wales<br>Jai K. Chandrasekhar<br>Lauren A. McMillen<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br><br><br>Blair Nicholas<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | *Attorneys for Plaintiffs*<br>Thrivent Financial for Lutherans, Thrivent Life Insurance Company, Thrivent Balanced Fund, Thrivent Core Bond Fund, Thrivent Income Fund, Thrivent Limited Maturity Bondfund, Thrivent Balanced Portfolio, Thrivent Bond Index Portfolio, Thrivent Limited Maturity Bond Portfolio, Thrivent Financial Defined Benefits Plan Trust, Thrivent Financial For Lutherans Foundation, Plaintiffs Dexia Holdings, Inc., FSA Asset Management LLC, Dexia Crédit Local, New York Branch, New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, MainStay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and the TIAA-CREF Funds<br><br>jerry@blbglaw.com<br>dwales@blbglaw.com<br>jai@blbglaw.com<br>lauren@blbgl.w.com<br>blairn@blbglaw.com<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |
| 3 | Brian C. Lysaght<br>**LYSAGHT LAW GROUP**<br>12021 Wilshire Boulevard<br>Los Angeles, California 90025 | *Attorneys for Plaintiffs*<br>Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, Fort Washington Investment Advisors, Inc. *on behalf of* Fort Washington Active Fixed |

6
CERTIFICATE OF SERVICE OF [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | David H. Wollmuth | Income, LLC |
| 2 | Vincent T. Chang | |
| | Steven S. Fitzgerald | *lysaghtlaw@hotmail.com* |
| 3 | **WOLLMUTH MAHER & DEUTSCH LLP** | *dwollmuth@wmd-law.com* |
| | | *vchang@wmd-law.com* |
| 4 | 500 Fifth Avenue, 12th Floor | *sfitzgerald@wmd-law.com* |
| | New York, NY 10036 | Tel: (310) 567-1111 |
| 5 | | Fax: (310) 472-0243 |
| 6 | William B. Federman | *Attorneys for Plaintiff* |
| | Stuart W. Emmons | American Fidelity Assurance Company |
| 7 | Jennifer F. Sherrill | |
| | **FEDERMAN & SHERWOOD** | wbf@federmanlaw.com |
| 8 | 10205 North Pennsylvania Ave. | swe@federmanlaw.com |
| | Oklahoma City, OK 73120 | jfs@federmanlaw.com |
| 9 | | Tel.: 405-235-1560 |
| 10 | | Fax: 405-239-2112 |

7

CERTIFICATE OF SERVICE OF [PROPOSED] ORDER