Name and address:
Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
GOODWIN PROCTER LLP
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.: 213.426.2500 / Fax: 213.623.1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, THRIVENT LIFE INSURANCE COMPANY, THRIVENT BALANCED FUND, THRIVENT CORE BOND FUND, THRIVENT INCOME FUND, THRIVENT LIMITED MATURITY BOND PORTFOLIO, THRIVENT FINANCIAL DEFINED BENEFITS PLAN TRUST, THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION,<br>Plaintiff(s)<br>v.<br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING, LP, CWALT, INC., CWMBS, INC. CWHEQ, INC., COUNTRYWIDE SECURITIES CORPORATION, COUNTRYWIDE CAPITAL MARKETS, LLC, ANGELO MOZILO, DAVIS A. SAMBOL, BANK OF AMERICA CORP., BAC HOME LOANS SERVICING, L.P., NB HOLDINGS CORPORATION AND CWABS, INC.,<br>Defendant(s). | CASE NUMBER:<br><br>11-07154-MRP-MAN<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Inez H. Friedman-Boyce__, of __Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109__
*Applicant's Name*                        *Firm Name / Address*

__617-570-1000__                        __ifriedmanboyce@goodwinprocter.com__
*Telephone Number*                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person __Countrywide Financial Corp., Countrywide Securities Corp., Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CWMBS, Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.__

and the designation of __Lloyd Winawer (SBN 157823)__
*Local Counsel Designee /State Bar Number*

of __Goodwin Procter LLP, 601 S. Figueroa St., 41st Floor, Los Angeles, CA 90017__
*Local Counsel Firm / Address*

__213-426-2500__                        __lwinawer@goodwinprocter.com__
*Telephone Number*                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                          U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**