# EXHIBIT 1

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3          HONORABLE MARIANA R. PFAELZER, JUDGE PRESIDING

 4

 5

 6   IN RE COUNTRYWIDE FINANCIAL      )

 7   CORPORATION SECURITIES           ) No. CV 07-05295 MRP (MANx)

 8   LITIGATION.                      )

 9                                    )

10   _____)

11

12

13

14                     REPORTER'S TRANSCRIPT OF
         MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND
15              ALLOCATION OF NET SETTLEMENT FUNDS
                                AND
16   PETITION OF LEAD COUNSEL FOR LEAD PLAINTIFFS FOR AN AWARD OF
             ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES
17                       LOS ANGELES, CALIFORNIA

18              FRIDAY, FEBRUARY 25, 2011; 1:06 P.M.

19

20

21            LEANDRA AMBER, CSR 12070, RPR
            OFFICIAL U.S. DISTRICT COURT REPORTER
22              312 NORTH SPRING STREET, # 408
                LOS ANGELES, CALIFORNIA 90012
23                  www.leandraamber.com
                       (213) 894-6603
24

25
```

```
 1   the members of the class as a result of the SEC's action
 2   against and settlement with Defendants Mozilo, Sambol, and
 3   Sieracki.  I applaud that conclusion.
 4           The Court also looked and thought about on many
 5   occasions the strength of the plaintiffs' case and the
 6   problems they would face if the litigation goes on.
 7           I agree with Mr. -- with what Mr. Hennigan said.
 8   This is a very big case.  And while it struck me as being one
 9   that would move along efficiently, I never underestimated how
10   large it would become.  It became very large indeed.
11           And the Court has acknowledged that -- on several
12   occasions that the issues that were raised by defense,
13   particularly with respect to loss causation and damages, gave
14   both the Court -- and I would think a jury in particular --
15   considerable obstacles to the plaintiff's recovery.
16           Both parties have respected expert witnesses, as
17   Mr. Bernstein pointed out, that will each present, if the
18   matter goes to trial, conflicting testimony about the effect
19   of Countrywide's corrective disclosures on Countrywide's
20   share price.
21           I agree with what you said for the defense.  It was
22   a -- particularly the class period covers a very chaotic
23   period of time in the market and in the economy that created
24   a tremendous amount of uncertainty in the case whether -- and
25   to what extent a jury would find -- would be able to agree on
```

```
 1    liability and, if so, what conclusion would they reach
 2    regarding the extent of the plaintiffs' damages.
 3              With respect to the individual defendants and KPMG,
 4    the plaintiffs face the risk that the jury would not find the
 5    required scienter under the law, likewise the outside
 6    director defendant and Countrywide's former president,
 7    Sanford Kurland, had or would have before a jury viable due
 8    diligence defenses.
 9              We hadn't quite gotten to that, but they would have
10    those defenses, and they indicated that they would put them
11    on.
12              There can't be any disagreement amongst you all
13    that the litigation, though it might have seemed only lengthy
14    at first, became very complex and expensive.  It's very, very
15    expensive to litigate a case like this.  I underestimated
16    myself what it would cost.
17              The defendants submitted a voluminous summary
18    judgment briefing which was of a very high quality.  And if
19    the case were to proceed, the plaintiffs would have been
20    required to submit lengthy opposition briefs in response to
21    the motions followed by replies by the defendants, which the
22    Court has no doubt would be comprehensive and would cost
23    a tremendous amount of money.
24              It would take, I think, months to complete briefing
25    and argument on those motions and for the Court to resolve
```

```
  1    sophisticated, and they have a large stake in the outcome.
  2    The lead plaintiff supports this petition for fees and
  3    expenses.  They are satisfied.  And the Court has confidence
  4    in their ability to protect the interests of the class.
  5             Finally, and I'll conclude this by saying that
  6    I recognize how vigorously contested every issue in this
  7    litigation has been thus far and the fact that counsel have
  8    risked the possibility that they would secure little or no
  9    return on their contention investment in the case.
 10             I've got to say that at the beginning I was
 11    skeptical about some of the arguments made about the state of
 12    the market and the economy in the period of time we're
 13    looking at.  I am -- I have changed my mind about that.
 14             This is one -- when I rode on at first on this
 15    period of time, I was very unwilling to listen to those
 16    arguments.  But since then, they have been so handled in such
 17    a widespread manner no one can contest what that period of
 18    time was like.
 19             So I will conclude that the request is reasonable
 20    for the fees and expenses under the PSLRA and the Ninth
 21    Circuit precedent, and I will sign the proposed order.
 22             Now, is there anything else?
 23             Anyone who is a participant in this settlement
 24    should be assured that this has been thus far a real fight,
 25    a real legal fight, and we have a lot more to learn about the
```

```
 1              CERTIFICATE OF REPORTER
 2
 3    COUNTY OF LOS ANGELES )
                            ) ss.
 4    STATE OF CALIFORNIA   )
 5
 6    I, LEANDRA AMBER, OFFICIAL FEDERAL COURT REPORTER, REGISTERED
 7    PROFESSIONAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT
 8    COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY
 9    CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES
10    CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
11    STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
12    ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS
13    IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL
14    CONFERENCE OF THE UNITED STATES.
15
16
17    DATE:  _____
18
19
20    _____
21    LEANDRA AMBER, CSR 12070, RPR
22    FEDERAL OFFICIAL COURT REPORTER
23
24
25
```