# EXHIBIT 3



625 Fourth Ave. S., Minneapolis, MN  55415-1665
**Phone:**  800-Thrivent  (800-847-4836)
**E-mail:**  mail@thrivent.com • www.thrivent.com

March 1, 2009

## A Note from the Chief Financial Officer

Thank you for your interest in Thrivent Financial for Lutherans.  Attached is our 2008 Annual
Statement which provides detailed information about our financial performance.  This annual
statement is filed with state regulators and is prepared using accounting policies and
procedures prescribed by state regulators.  It's primarily used by them to help monitor of our
financial position.

This document includes the financial statements and supplemental financial information.
However, certain detailed investment schedules have been excluded due to space limitations.

Following are a few comments and observations that I would like to share with you as you
read the annual statement.

### *Thrivent remains financially strong:*
The market turmoil of 2008 and early 2009 have created a significant amount of strain on
many companies in the financial services industry.  While Thrivent Financial is not immune
from the effects of the market downturn, we are positioned to weather this storm better than
many other companies in our industry.  Our investment portfolio is comprised of what we
consider high-quality assets, and we have a broad product portfolio that is geared toward
meeting our members' needs and reducing risk to any one risk factor.  In addition, our very
organizational structure as a fraternal benefit society allows us to operate with an eye
towards what is in the best long-term interest of our membership.

We maintain some of the highest ratings from independent third-party agencies who
consider us among the strongest companies in our industry.  In order to meet members'
claims, Thrivent Financial maintains a surplus that is well in excess of what is required by
regulators.  We have been able to accomplish this without seeking changes in accounting
practices from state regulators or federal TARP funds as some companies within our industry
have done.  This is a clear indication of our ability to make good on the benefits provided for
in your contracts.

### *Tough year for operating results:*
Our gain from operations this year reflects the tough market conditions of 2008.
We posted an operating gain of slightly more than $100 million as compared to nearly $350
million during 2007.  Lower fee revenue from market-based products and the need to set
aside additional reserves for products that have benefits tied to market returns both impacted
our current year performance.  While these items made it difficult to grow our bottom line,
we did have some bright spots – premium payment and deposit growth in our core life
insurance and fixed annuity products were strong during the year and we were able to
return to our eligible contract-holders over $330 million of dividends up four percent over
the prior year.  We will maintain the current dividend scale for 2009 as well.

EXHIBIT 3   -13-

***Investment results were impacted:***

Like many companies, we were impacted by some of the high-profile bankruptcies that occurred during 2008.  While we are disappointed that we were negatively impacted, we believe that the level of our investment losses in 2008 was not nearly as severe as many of the other companies in our industry.  Small praise, I realize when saying that our investment losses were not as bad as others, but it should be noted that the overall diversity of our investment portfolio has served us well.

***Outlook for 2009:***

As I write this, the markets and economy continue to be in turmoil.  There have been few, if any, bright spots to indicate that a recovery is on the horizon.  However, I want to assure you that Thrivent Financial remains financially strong and is being prudently managed to ensure that we are here for our membership for the long term.

If you have any questions about the information contained in our 2008 Annual Statement, please contact Paul Zastrow, Vice President and Head of Corporate Accounting (paul.zastrow@thrivent.com) or myself.

Best regards,


/ Signature on File /

Randall L. Boushek
Senior Vice President and Chief Financial Officer


200902812

EXHIBIT 3    -14-

# ANNUAL STATEMENT

## OF THE

# Thrivent Financial for Lutherans

## Of

# Appleton

# in the state of WI

# to the Insurance Department

# of the State of

For the Year Ended

December 31, 2008

# 2008

EXHIBIT 3   -15-

FRATERNAL ORDERS - ASSOCIATION EDITION



* 5 6 0 1 4 2 0 0 8 2 0 1 0 0 1 0 0 *

# ANNUAL STATEMENT

### For the Year Ended December 31, 2008
of the Condition and Affairs of the

# Thrivent Financial for Lutherans

NAIC Group Code.....2938,   2938                 NAIC Company Code..... 56014                 Employer's ID Number..... 39-0123480
    (Current Period) (Prior Period)

Organized under the Laws of Wisconsin          State of Domicile or Port of Entry  Wisconsin          Country of Domicile    US

Incorporated/Organized..... November 24, 1902          Commenced Business..... August 15, 1902

Statutory Home Office          4321 North Ballard Road..... Appleton ..... WI ..... 54919-0001
    *(Street and Number)    (City or Town, State and Zip Code)*

Main Administrative Office          625 Fourth Avenue South MS-Reg Financial..... Minneapolis ..... MN ..... 55415-1624 612-844-7000
    *(Street and Number)    (City or Town, State and Zip Code)    (Area Code) (Telephone Number)*

Mail Address          625 Fourth Avenue South MS-Reg Financial..... Minneapolis ..... MN ..... 55415-1624
    *(Street and Number or P. O. Box)    (City or Town, State and Zip Code)*

Primary Location of Books and Records          625 Fourth Avenue South MS-Reg Financial..... Minneapolis ..... MN ..... 55415-1624   612-844-7000
    *(Street and Number)    (City or Town, State and Zip Code)    (Area Code) (Telephone Number)*

Internet Web Site Address          www.thrivent.com

Statutory Statement Contact          Kurt Sander Tureson          612-844-8233
    *(Name)*    *(Area Code) (Telephone Number) (Extension)*
    kurt.tureson@thrivent.com          612-844-7373
    *(E-Mail Address)*    *(Fax Number)*

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| 1. Bruce Jay Nicholson | Chairman, President & CEO | 2. Teresa Joy Rasmussen | Sr. VP, General Counsel & Secretary |
| 3. Paul Bernard Zastrow | Treasurer | 4. Susan Oberman Smith | Actuary |

## OTHER

| | | | |
|---|---|---|---|
| David Mark Anderson | Senior Vice President | Randall Lee Boushek | Senior Vice President |
| Bradford Leigh Hewitt | Senior Executive Vice President | Timothy Jay Lehman | Senior Vice President |
| Jennifer Hastings Martin | Senior Vice President | Pamela Joyce Moret | Executive Vice President |
| Holly Jane Morris | Senior Vice President | Nikki Lou Sorum | Senior Vice President |
| Jon Michael Stellmacher | Executive Vice President | Russell William Swansen | Senior Vice President |
| James Adlai Thomsen | Executive Vice President | Marie Alice Uhrich | Senior Vice President |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Addie Joyner Butler | James Morgan Hushagen | Frederick George Kraegel   # | Frederick Mark Kuhlmann |
| Richard Charles Lundell | John Perry McDaniel | Paul William Middeke | Frank Henry Moeller |
| Bruce Jay Nicholson | Alice Marie Richter | James Henry Scott | Kurt Martin Senske |
| Albert K Wing-wong Siu | Allan Roy Spies | Adrian Martha Tocklin | |

---

State of........   Minnesota
County of.....   Hennepin

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.  Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement.  The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| *(Signature)* | *(Signature)* | *(Signature)* |
|---|---|---|
| Bruce Jay Nicholson | Teresa Joy Rasmussen | Paul Bernard Zastrow |
| 1. (Printed Name) | 2. (Printed Name) | 3. (Printed Name) |
| Chairman, President & CEO | Sr. VP, General Counsel & Secretary | Treasurer |
| *(Title)* | *(Title)* | *(Title)* |

Subscribed and sworn to before me          a. Is this an original filing?          Yes [X]   No [  ]

This   30th   day of   January, 2009          b. If no   1. State the amendment number

*Diana Daniels*              2. Date filed

    3. Number of pages attached

DIANA LYNN DANIELS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2014

EXHIBIT 3   -16-