Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN# 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231

Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax:  213.623.1673

*Attorneys for Defendants:*
Countrywide Financial Corp.,
Countrywide Securities Corp.,
Countrywide Capital Markets, LLC,
Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing LP,
CWMBS, Inc., CWALT, Inc., CWABS,
Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No.  11-ML-02265-MRP (MANx)<br><br>**STIPULATION REGARDING MODIFICATION OF PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**<br><br>Courtroom:  12<br>Judge:       Hon. Mariana R. Pfaelzer |
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*,<br>         *Plaintiffs*,<br>   v.<br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br>         *Defendants*. | Case No. 11-07154-MRP-MAN |

STIPULATION REGARDING MODIFICATION OF PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

1  WHEREAS, on April 27, 2011, Plaintiffs Thrivent Financial for Lutherans, Thrivent Life Insurance Company, Thrivent Balanced Fund, Thrivent Core Bond Fund, Thrivent Income Fund, Thrivent Limited Maturity Bondfund, Thrivent Balanced Portfolio, Thrivent Bond Index Portfolio, Thrivent Limited Maturity Bond Portfolio, Thrivent Financial Defined Benefits Plan Trust, and Thrivent Financial For Lutherans Foundation ("Plaintiffs") filed the their complaint (the "Complaint") in this action;

WHEREAS, on August 2, 2011, Defendants Countrywide Financial Corp., Countrywide Securities Corp., Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CWMBS, Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc., Bank of America Corp., NB Holdings Corporation, and BAC Home Loans Servicing, L.P., Angelo Mozilo and David Sambol (collectively, "Defendants") filed four separate motions to dismiss the Complaint;

WHEREAS, pursuant to the Court's order of October 25, 2011, the Countrywide Defendants and the Bank of America Defendants filed supplemental briefs in support of their respective motions to dismiss the Complaint on November 4, 2011;

WHEREAS, Defendants' opening and supplemental briefs in support of their respective motions to dismiss the Complaint collectively total 120 pages;

WHEREAS, on or before December 15, 2011, Plaintiffs will file an omnibus memorandum in opposition to Defendants' motions to dismiss the Complaint;

WHEREAS, on or before January 12, 2012, Defendants will file reply memoranda in support of their respective motions to dismiss the Complaint; and

WHEREAS, the parties hereto agree that justification and good cause exists for modifying the 25-page limitation for the parties' respective opposition and reply briefs;

NOW, THEREFORE, the parties hereby agree and stipulate to the following, subject to the Court's approval:

1. Plaintiffs shall file a memorandum in opposition to the motions to dismiss the complaint not to exceed 120 pages in length.

2. Defendants shall collectively file reply memoranda in support of respective motions to dismiss the complaint not to exceed 80 pages in length.

IT IS SO STIPULATED.

Dated: November 21, 2011

Defendants Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Home Loan Servicing, L.P., Countrywide Capital Markets, LLC, Countrywide Securities Corp., CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., and CWMBS, Inc.,

/s/  Brian E. Pastuszenski_____
Brian E. Pastuszenski (*pro hac vice*)
Lloyd Winawer (State Bar No. 157823)
Inez H. Friedman-Boyce (*pro hac vice*)
Brian C. Devine (State Bar No. 222240)
Daniel P. Roeser (*pro hac pending*)

Dated: November 21, 2011

Defendants Bank of America Corp., NB Holdings Corporation, and BAC Home Loans Servicing, L.P.

By their attorneys,

/s/  Matthew Close_____
Matthew Close (SBN 188570)
*mclose@omm.com*
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:  213-430-7213
Facsimile:  213-430-6407

Jonathan Rosenberg (*pro hac vice*)
William Sushon (*pro hac vice*)
*wsushon@omm.com*
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:  212-326-2000
Facsimile:  212-326-2061

STIPULATION REGARDING MODIFICATION OF PAGE LIMITS FOR MOTION TO DISMISS BRIEFING
2

1
2  Dated: November 21, 2011          Defendant Angelo Mozilo
3                                    By his attorney,
4
5                                    /s/ David Siegel _____
                                     David Siegel (SBN 101355)
                                     *dsiegel@irell.com*
6                                    A. Matthew Ashley (SBN 198235)
                                     *mashley@irell.com*
7                                    Allison L. Libeu (SBN 244487)
                                     *alibeu@irell.com*
8                                    IRELL & MANELLA LLP
                                     1800 Avenue of the Stars, Suite 900
9                                    Los Angeles, CA  90067-4276
                                     Telephone:  310-277-1010
10                                   Facsimile:  310-203-7199
11
12 Dated: November 21, 2011          Defendant David Sambol
13                                   By his attorneys,
14                                   /s/ Michael C. Tu_____
                                     Michael C. Tu (State Bar No. 186793)
15                                   *mtu@orrick.com*
                                     ORRICK, HERRINGTON & SUTCLIFFE LLP
16                                   777 South Figueroa Street, Suite 3200
17                                   Los Angeles, California  90017
                                     Telephone:  213-629-2020
18                                   Facsimile:  213-612-2499
19                                   Michael Torpey (State Bar No. 79424)
                                     *mtorpey@orrick.com*
20                                   Penelope Graboys Blair (State Bar No. 214742)
21                                   *pgraboysblair@orrick.com*
                                     ORRICK, HERRINGTON & SUTCLIFFE LLP
22
                                     The Orrick Building
23                                   405 Howard Street
                                     San Francisco, CA  94105
24                                   Telephone:  415-773-5700
                                     Facsimile:  415-773-5759
25
26
27
28
STIPULATION REGARDING MODIFICATION OF PAGE LIMITS FOR MOTION TO DISMISS BRIEFING
3

| | |
|---|---|
| Dated: November 21, 2011 | Plaintiffs Thrivent Financial for Lutherans, Thrivent Life Insurance Company, Thrivent Balanced Fund, Thrivent Core Bond Fund, Thrivent Income Fund, Thrivent Limited Maturity Bondfund, Thrivent Balanced Portfolio, Thrivent Bond Index Portfolio, Thrivent Limited Maturity Bond Portfolio, Thrivent Financial Defined Benefits Plan Trust, and Thrivent Financial For Lutherans Foundation |
| | By their attorneys, |
| | /s/ Timothy DeLange<br>Timothy DeLange<br>*timothyd@blbglaw.com*<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |
| | Gerald H. Silk<br>*jerry@blbglaw.com*<br>David L. Wales<br>*dwales@blbglaw.com*<br>Jai K. Chandrasekhar<br>*jai@blbglaw.com*<br>Lauren A. McMillen<br>*lauren@blbgl.w.com*<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY 10019<br>Tel: 212-554-1400<br>Fax: 212- 554-1444 |

STIPULATION REGARDING MODIFICATION OF PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

4

# PROOF OF SERVICE

I, Arianne M. Waldron, declare:

I am employed in Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa St., 41st Floor, Los Angeles, CA 90017.

On **November 21, 2011**, I served the following document by placing a true copy thereof in a sealed envelope(s) on the persons listed on the service list:

**STIPULATION REGARDING MODIFICATION OF PAGE LIMITS FOR MOTION TO DISMISS BRIEFING; and**

**[PROPOSED] ORDER ON STIPULATION REGARDING MODIFICATION OF PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| 1 | ☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se." |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **November 21, 2011**, at Los Angeles, California.

| Arianne M. Waldron | _/s/ Arianne Waldron_ |
|---|---|
| (Type or print name) | (Signature) |

## SERVICE LIST

| | |
|---|---|
| Blair A. Nicholas<br>Timothy A. DeLange<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>12481 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130<br>Telephone: 858-793-0070<br>Facsimile: 858-793-0323<br>blairn@blbglaw.com<br>timothyd@blbglaw.com<br><br>Bruce D. Bernstein<br>David L. Wales<br>Gerald H. Silk<br>Jai K. Chandrasekhar<br>Lauren A. McMillen<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>1285 Avenue of the Americas<br>38th Floor<br>New York, NY 10019<br>Telephone: 212554-1400<br>Facsimile: 212-554-1444<br>bruce@blbglaw.com<br>dwales@blbglaw.com<br>jerry@blbglaw.com<br>jai@blbglaw.com<br>Lauren@blbglaw.com | *Attorneys for Plaintiffs*<br>Thrivent Financial For Lutherans;<br>Thrivent Life Insurance Company;<br>Thrivent Balanced Fund;<br>Thrivent Core Bond Fund;<br>Thrivent Income Fund;<br>Thrivent Limited Maturity Bond Fund;<br>Thrivent Balanced Portfolio;<br>Thrivent Bond Index Portfolio;<br>Thrivent Limited Maturity Bond Portfolio;<br>Thrivent Financial Defined Benefits Plan Trust;<br>Thrivent Financial For Lutherans Foundation |
| Matthew W. Close<br>**O'Melveny and Myers LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>Telephone: 212-430-6000<br>Facsimile: 213-430-6407<br>mclose@omm.com | *Attorneys for Defendant*<br>Bank of America Corp.;<br>BAC Home Loans Servicing, L.P.;<br>NB Holdings Corporation |

| | |
|---|---|
| Bradley J. Butwin<br>William J. Sushon<br>Jonathan Rosenberg<br>**O'Melveny & Myers**<br>7 Times Square<br>New York, NY 10036<br>Telephone:  212-326-2000<br>Facsimile:  212-326-2061<br>bbutwin@omm.com<br>wsushon@omm.com<br>jrosenberg@omm.com | |
| A. Matthew Ashley<br>Allison L. Libeu<br>**Irell & Manella LLP**<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA  92660<br>Telephone:  949-760-0991<br>Facsimile:  949-760-5200<br>mashley@irell.com<br>alibeu@irell.com<br><br>David Siegel<br>Holly L. Gershow<br>**Irell & Manella LLP**<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>Telephone:  310-277-1010<br>Facsimile:  310-203-7199<br>dsiegel@irell.com<br>hgershow@irell.com | *Attorneys for Defendant*<br>Angelo Mozilo |
| Frank M. Scaduto<br>Michael D. Torpey<br>**Orrick Herrington & Sutcliffe LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: 415-773-5700 | *Attorneys for Defendant*<br>David A. Sambol |

| | |
|---|---|
| 1 | Facsimile:  415-773-5759 |
| 2 | fscaduto@orrick.com |
|   | mtorpey@orrick.com |
| 3 | |
| 4 | Michael C. Tu |
|   | **Orrick Herrington & Sutcliffe LLP** |
| 5 | 777 South Figueroa Street |
|   | Suite 3200 |
| 6 | Los Angeles, CA  90017 |
| 7 | Telephone:  213-629-2020 |
|   | Facsimile:  213-612-2499 |
| 8 | mtu@orrick.com |
| 9 | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28