Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN# 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231

Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.: 213.426.2500
Fax:  213.623.1673

*Attorneys for Defendants:*
Countrywide Financial Corp., Countrywide Securities Corp., Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, CWMBS, Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No.  11-ML-02265-MRP (MANx)<br>**[PROPOSED] ORDER ON STIPULATION REGARDING MODIFICATION OF PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**<br><br>Courtroom:  12<br>Judge:      Hon. Mariana R. Pfaelzer |
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*,<br>    *Plaintiffs*,<br>  v.<br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br>    *Defendants*. | Case No. 11-07154-MRP-MAN |

[PROPOSED] ORDER MODIFYING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

Having considered the Stipulation Regarding Modification of Page Limit for Motion to Dismiss Briefing, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file a memorandum in opposition to the motions to dismiss the complaint not to exceed 120 pages in length.

2. Defendants shall collectively file reply memoranda in support of respective motions to dismiss the complaint not to exceed 80 pages in length.

Dated: November __, 2011

_____
Hon. Mariana R. Pfaelzer
United States District Judge

[PROPOSED] ORDER MODIFYING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING