Timothy A. DeLange (SBN# 190768)
TimothyD@blbglaw.com
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: 858-793-0070 / Fax: 858-793-0323

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thrivent Financial for Lutherans, et al.,<br><br>Plaintiff(s)<br><br>v.<br>Countrywide Financial Corporation, et al.,<br><br>Defendant(s) | CASE NUMBER<br><br>11-cv-07154-MRP (MANx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective November 1, 2011, the fee for Pro Hac Vice Appearance is $325.00 for each case application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I,   David L. Wales                                                              , hereby apply to the Court under Local Rules 83-2.3 and
83-2.8.2 for permission to appear and participate in the above-entitled action on behalf G/Plaintiff   G Defendant:
of   Please see Attached List                                          by whom I have been
                                                                                          retained.

My business information is:
Bernstein Litowitz Berger & Grossmann LLP
_____
                                                                      *Firm Name*
1285 Avenue of the Americas, 38th Floor
_____
                                                                      *Street Address*
New York, NY 10019                                      dwales@blbglaw.com
_____
            *City, State, Zip*                                                  *E-Mail Address*
212-554-1400                                              212-554-1444
_____
          *Telephone Number*                                              *Fax Number*

| *Title of Court* | *Date of Admission* |
|---|---|
| Please see Attached List | |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 11-cv-07165-MRP (MANx) | Dexia v. Countrywide | Concurrent | Pending |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Timothy A. DeLange _____ as local counsel, whose business information is as follows:

Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300
_____
*Street Address*

San Diego, CA 92130                    TimothyD@blbglaw.com
_____          _____
*City, State, Zip*                    *E-Mail Address*
858-793-0070                    858-793-0323
_____          _____
*Telephone Number*                    *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated _____11/16/11_____          David L. Wales
_____
*Applicant's Name (please print)*

_____
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated _____11/22/11_____          Timothy A. DeLange
_____
*Designee's Name (please print)*
/s/ Timothy A. DeLange
_____
*Designee's Signature*
190768
_____
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

## ATTACHMENT:

## TO APPLICATION ON NON-RESIDENT ATTORNEY
## TO APPEAR IN A SPECIFIC CASE – DAVID L. WALES

## LIST OF PLAINTIFFS REPRESENTED:

- Thrivent Balanced Fund
- Thrivent Balanced Portfolio
- Thrivent Bond Index Portfolio
- Thrivent Core Bond Fund
- Thrivent Financial Defined Benefits Plan Trust
- Thrivent Financial for Lutherans
- Thrivent Financial for Lutherans Foundation
- Thrivent Income Fund
- Thrivent Life Insurance Company
- Thrivent Limited Maturity Bond Fund
- Thrivent Limited Maturity Bond Portfolio

**ATTACHMENT - TO APPLICATION ON NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE – DAVID L. WALES**

**ATTACHMENT:**

**TO APPLICATION ON NON-RESIDENT ATTORNEY**
**TO APPEAR IN A SPECIFIC CASE – DAVID L. WALES**

**COURT ADMISSIONS**

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| United States District Court for the Southern District of New York | 1988 |
| United States District Court for the Eastern District of New York | 1988 |
| United States District Court for the Western District of New York | 2002 |
| United States District Court for the District of Columbia | 6/7/1999 |
| United States District Court for the Eastern District of Michigan | 9/23/2008 |
| United States Court of Appeals for the Second Circuit | 10/8/1992 |
| United State Court of Appeal for the Fourth Circuit | 2003 |
| United States District Court, Northern District of Illinois and the Trial Bar | 2010 |

**ATTACHMENT - APPLICATION ON NON-RESIDENT ATTORNEY**
**TO APPEAR IN A SPECIFIC CASE – DAVID L. WALES**



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Matthew G. Kiernan,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **David Lloyd Wales** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **9th** day of **December 1987,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 04, 2011.

Matthew G. Kiernan

Clerk of the Court

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of
Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>      **DAVID L WALES**      </u> , Bar # <u>    **DW6912**    </u>

was duly admitted to practice in this Court on

<u>   **APRIL 15th, 1988**   </u> , and is in good standing as a member of the Bar of this
Court.

500 Pearl Street

Dated at <u>New York, New York</u>     on <u>    **NOVEMBER 4th, 2011**    </u>

<u>   Ruby J. Krajick   </u>     by <u>                </u>

Clerk                            Deputy Clerk