1   BERNSTEIN LITOWITZ BERGER
2       & GROSSMANN LLP
    BLAIR A. NICHOLAS   (Bar No. 178428)
3   TIMOTHY A. DeLANGE   (Bar No. 190768)
    12544 High Bluff Drive, Suite 150
4   San Diego, CA 92130
5   Tel:   (858) 793-0070
    Fax:   (858) 793-0323
6           -and-
7   DAVID L. WALES
    JAI K. CHANDRASEKHAR
8   LAUREN A. MCMILLEN
    1285 Avenue of the Americas
9   New York, NY 10019
    Tel:   (212) 554-1400
10  Fax:   (212) 554-1444
11
    Attorneys for Plaintiffs
12
13
14              **UNITED STATES DISTRICT COURT**
15              **CENTRAL DISTRICT OF CALIFORNIA**
16                    **WESTERN DIVISION**
17  In re COUNTRYWIDE FINANCIAL          Case No. 11-ML-2265-MRP (MANx)
    CORP. MORTGAGE-BACKED
18  SECURITIES LITIGATION CASES          **DECLARATION OF SERVICE**
19
20  THRIVENT FINANCIAL FOR
    LUTHERANS, et al.,                   Judge: Hon. Mariana R. Pfaelzer
21                                        Courtroom: 12
22              Plaintiffs,
23                                        Case No. 11-CV-7154-MRP (MANx)
           v.
24
25  COUNTRYWIDE FINANCIAL
    CORPORATION, et al.,
26
27              Defendants.
28

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On November 22, 2011, I served the foregoing document(s) described as:

- Application of Non-Resident Attorney to Appear in a Specific Case

- [Proposed] Order on Application of Non-Resident Attorney to Appear in a Specific Case

- Declaration of Service

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

JESSICA CUCCURULLO

DECLARATION OF SERVICE
Case No. 11-CV-7154-MRP (MANx)

# Mailing Information for Case 2:11-cv-07154-MRP-MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Mattew Ashley**
  mashley@irell
- **Bruce D. Bernstein**
  bruce@blbglaw.com
- **Caroline H. Bullerjahn**
  cbullerjahn@goodwinproctor.com
- **Brian G. Burke**
  brian.burke@shearman.com
- **Bradley J. Butwin**
  bbutwin@omm.com
- **Jai K. Chandrasekhar**
  jai@blbglaw.com
- **Matthew W. Close**
  mclose@omm.com
- **Kirsten M. Cunha**
  kirsten.cunha@shearman.com
- **Timothy Alan DeLange**
  timothyd@blbglaw.com
- **Brian Charles Devine**
  bedive@goodwinprocter.com
- **Inez H. Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com
- **Holly L. Gershow**
  hgershow@irell.com
- **Adam S. Hakki**
  ahakki@shearman.com
- **Andre T. Hanson**
  ahanson@fulbright.com
- **Allison Lauren Libeu**
  alibeu@irell.com
- **Lauren A. McMillen**
  lauren@blbglaw.com
- **Blair A. Nicholas**
  blairn@blbglaw.com
- **Brian E. Pastuszenski**
  bpastuszenski@goodwinprocter.com
- **Daniel P. Roeser**
  droeser@goodwinprocter.com
- **Jonathan Rosenberg**
  jrosenberg@omm.com
- **Frank M. Scaduto**
  fscaduto@orrick.com

**DECLARATION OF SERVICE**
Case No. 11-CV-7154-MRP (MANx)

- **David Siegel**
  dsiegel@irell.com
- **Gerald H. Silk**
  jerry@blbglaw.com
- **William J. Sushon**
  wsushon@omm.com
- **Michael D. Torpey**
  mtorpey@orrick.com
- **Michael C. Tu**
  mtu@orrick.com
- **John W. Ursu**
  jursu@greeneespel.com
- **David L. Wales**
  dwales@blbglaw.com
- **Lloyd Winawer**
  lwinawer@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case and who will be served via U.S. Mail

**Brooke D. Anthony**
**Vincent D. Louwagie**
**Courtland C. Merrill**
ANTHONY OSTLUND BAER & LOUWAGIE PA
90 S. 7th Street, Suite 3600
Minneapolis, MN 55402

**Jennifer A. L. Battle**
**Angela Paul Whitfield**
CARPENTER LIPPS & LELAND LLP
280 N. High Street, Suite 1300
Columbus, OH 43215

**Sarah E. Bushnell**
**Timothy D. Kelly**
KELLY AND HANNAH PA
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

**Davis L. Hashmall**
HINSHAW & CULBERTSON
3100 Piper Jaffray Twr
222 S. 9th Street
Minneapolis, MN 55402

DECLARATION OF SERVICE
Case No. 11-CV-7154-MRP (MANx)

1   **Ronn B. Kreps**
    FULBRIGHT & JAWORSKI
2   80 S. 8th Street, Suite 3720
    Minneapolis, MN 55402
3
4   **Andrew M. Luger**
    **Erin Sindberg Porter**
5   GREENE ESPEL
    200 S. 6th Street, Suite 1200
6   Minneapolis, MN 55402-1415

7
    **Karin E. Peterson**
8   **Brian F. Rice**
    RICE MICHELS & WALTHER
9   10 Second Street NE, Suite 206
    Minneapolis, MN 55413
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            **DECLARATION OF SERVICE**
                                            Case No. 11-CV-7154-MRP (MANx)