Name & Address:

Timothy A. DeLange (SBN# 190768)
TimothyD@blbglaw.com
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: 858-793-0070 / Fax: 858-793-0323

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Thrivent Financial for Lutherans, et al.<br><br>Plaintiff(s)<br>v.<br>Countrywide Financial Corporation, et al.,<br><br>Defendant(s). | CASE NUMBER<br>11-cv-07154-MRP (MANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Lauren A. McMillen__, of __Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, 38th Floor, New York, NY 10019__
*Applicant's Name*                                *Firm Name / Address*

__212-554-1400__                                                        __lauren@blbglaw.com__
*Telephone Number*                                                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of __Timothy A. DeLange (SNB# 190768)__
*Local Counsel Designee /State Bar Number*

of __Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300, San Diego, CA 92130__
*Local Counsel Firm / Address*

__858-793-0070__                                                         __TimothyD@blbglaw.com__
*Telephone Number*                                                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                  _____
                                                                  U. S. District Judge/U.S. Magistrate Judge