BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DeLANGE   (Bar No. 190768)
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
      -and-
DAVID L. WALES
JAI K. CHANDRASEKHAR
LAUREN A. MCMILLEN
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-2265-MRP (MANx)<br><br>**DECLARATION OF SERVICE** |
| THRIVENT FINANCIAL FOR LUTHERANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12<br><br>Case No. 11-CV-7154-MRP (MANx) |

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On November 22, 2011, I served the foregoing document(s) described as:

- Application of Non-Resident Attorney to Appear in a Specific Case
- [Proposed] Order on Application of Non-Resident Attorney to Appear in a Specific Case
- Declaration of Service

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

*Jessica Cuccurullo*
JESSICA CUCCURULLO

**Mailing Information for Case 2:11-cv-07154-MRP-MAN**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Mattew Ashley**
  mashley@irell
- **Bruce D. Bernstein**
  bruce@blbglaw.com
- **Caroline H. Bullerjahn**
  cbullerjahn@goodwinprocter.com
- **Brian G. Burke**
  brian.burke@shearman.com
- **Bradley J. Butwin**
  bbutwin@omm.com
- **Jai K. Chandrasekhar**
  jai@blbglaw.com
- **Matthew W. Close**
  mclose@omm.com
- **Kirsten M. Cunha**
  kirsten.cunha@shearman.com
- **Timothy Alan DeLange**
  timothyd@blbglaw.com
- **Brian Charles Devine**
  bedive@goodwinprocter.com
- **Inez H. Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com
- **Holly L. Gershow**
  hgershow@irell.com
- **Adam S. Hakki**
  ahakki@shearman.com
- **Andre T. Hanson**
  ahanson@fulbright.com
- **Allison Lauren Libeu**
  alibeu@irell.com
- **Lauren A. McMillen**
  lauren@blbglaw.com
- **Blair A. Nicholas**
  blairn@blbglaw.com
- **Brian E. Pastuszenski**
  bpastuszenski@goodwinprocter.com
- **Daniel P. Roeser**
  droeser@goodwinprocter.com
- **Jonathan Rosenberg**
  jrosenberg@omm.com
- **Frank M. Scaduto**
  fscaduto@orrick.com

- **David Siegel**
  dsiegel@irell.com
- **Gerald H. Silk**
  jerry@blbglaw.com
- **William J. Sushon**
  wsushon@omm.com
- **Michael D. Torpey**
  mtorpey@orrick.com
- **Michael C. Tu**
  mtu@orrick.com
- **John W. Ursu**
  jursu@greeneespel.com
- **David L. Wales**
  dwales@blbglaw.com
- **Lloyd Winawer**
  lwinawer@goodwinprocter.com

## Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case and who will be served via U.S. Mail

**Brooke D. Anthony**
**Vincent D. Louwagie**
**Courtland C. Merrill**
ANTHONY OSTLUND BAER & LOUWAGIE PA
90 S. 7th Street, Suite 3600
Minneapolis, MN 55402

**Jennifer A. L. Battle**
**Angela Paul Whitfield**
CARPENTER LIPPS & LELAND LLP
280 N. High Street, Suite 1300
Columbus, OH 43215

**Sarah E. Bushnell**
**Timothy D. Kelly**
KELLY AND HANNAH PA
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

**Davis L. Hashmall**
HINSHAW & CULBERTSON
3100 Piper Jaffray Twr
222 S. 9th Street
Minneapolis, MN 55402

| | |
|---|---|
| 1 | **Ronn B. Kreps** |
| 2 | FULBRIGHT & JAWORSKI<br>80 S. 8th Street, Suite 3720 |
| 3 | Minneapolis, MN 55402 |
| 4 | **Andrew M. Luger**<br>**Erin Sindberg Porter** |
| 5 | GREENE ESPEL<br>200 S. 6th Street, Suite 1200 |
| 6 | Minneapolis, MN 55402-1415 |
| 7 | **Karin E. Peterson** |
| 8 | **Brian F. Rice**<br>RICE MICHELS & WALTHER |
| 9 | 10 Second Street NE, Suite 206<br>Minneapolis, MN 55413 |

-4-

**DECLARATION OF SERVICE**
Case No. 11-CV-7154-MRP (MANx)