SETH ARONSON (S.B. #100153)
saronson@omm.com
MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

JONATHAN ROSENBERG *(pro hac vice)*
jrosenberg@omm.com
WILLIAM J. SUSHON *(pro hac vice)*
wsushon@omm.com
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendants
Bank of America Corporation, NB Holdings Corporation,
and Bank of America, N.A., as successor by July 1, 2011* de jure *merger to Defendant BAC Home Loans Servicing, L.P.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br>**DECLARATION OF MATTHEW W. CLOSE IN SUPPORT OF BAC DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Date: January 26, 2012<br>Time: 1:00 p.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>            Defendants. | Case No. 11-CV-07154-MRP (MANx) |

I, Matthew W. Close, declare as follows:

1. I am an attorney licensed to practice law in the State of California, am a member in good standing of the State Bar of California, and am admitted to the bar of the United States District Court for the Central District of California. I am a partner of O'Melveny & Myers LLP, counsel for Defendants Bank of America Corporation, NB Holdings Corporation, and Bank of America, N.A., as successor by July 1, 2011 *de jure* merger to BAC Home Loans Servicing, LP (named herein as BAC Home Loans Servicing, LP) (collectively, the "BAC Defendants") in the above-captioned matter. I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of the BAC Defendants' Reply in Support of Their Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of pages 1–4 and 24–28 of the Transcript from the October 17, 2011 Status Conference in *Putnam Bank v. Countrywide Fin. Corp.*, Case No. CV 11-04698-MRP (MANx) (C.D. Cal. Oct. 17, 2011), as received by O'Melveny & Myers LLP from the court reporter on or around October 18, 2011.

3. Attached as Exhibit B is a true and correct copy of Seq. Nos. 1–15, 2779–2800, and 3023–24 of the Federal Financial Institutions Examination Council's National Information Center Standard Organization Hierarchy Report as of January 9, 2012, for Bank of America Corporation (1073757), as printed on January 9, 2012, from the Federal Financial Institutions Examination Council's website at http://www.ffiec.gov/nicpubweb/nicweb/OrgHierarchySearchForm.aspx?parID_RSSD=1073757&parDT_END=99991231.

4. Attached as Exhibit C is a true and correct copy of pages i–vi and 127–28 of the plaintiffs' May 9, 2011 Memorandum of Law in Opposition to Defendants' Motion to Dismiss in *Allstate Ins. Co. v. Countrywide Fin. Corp.*, Case

- 1 -

LIBA/2063780.1

No. 10 Civ. 9591 (AKH) (S.D.N.Y. May 9, 2011), as printed from the Southern District of New York's PACER website (http://www.pacer.gov/findcase.html) on or about January 9, 2012.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

    Executed on January 12, 2012 in Los Angeles, California.

                                        /s/ Matthew W. Close
                                            Matthew W. Close