# EXHIBIT A

```
 1                    UNITED STATES OF AMERICA

 2                   UNITED STATES DISTRICT COURT

 3                  CENTRAL DISTRICT OF CALIFORNIA

 4                         CENTRAL DIVISION

 5                              - - -
                   HONORABLE MARIANA R. PFAELZER
 6             UNITED STATES DISTRICT JUDGE PRESIDING
                                - - -
 7

 8   PUTNAM BANK,                     )
                                      )    CERTIFIED COPY
 9           PLAINTIFF,               )
                                      )
10   VS.                              )    CV 11-04698-MRP(MANX)
                                      )
11   COUNTRYWIDE FINANCIAL, ET AL.,   )
                                      )
12           DEFENDANT.               )
     _____)
13

14

15

16

17

18                      STATUS CONFERENCE

19                   LOS ANGELES, CALIFORNIA

20                  MONDAY, OCTOBER 17, 2011

21

22

23             ROSALYN ADAMS, CSR 11794
             FEDERAL OFFICIAL COURT REPORTER
24          312 NORTH SPRING STREET, ROOM 410
              LOS ANGELES, CALIFORNIA 90012
25                   (213) 894-2665
```

```
 1   APPEARANCES:

 2   ON BEHALF OF PLAINTIFF:

 3         SCOTT & SCOTT, LLP
           BY:  ANNE L. BOX
 4         6424 SANTA MONICA BOULEVARD
           LOS ANGELES, CALIFORNIA 90038
 5         (213) 985-1274

 6   ON BEHALF OF DEFENDANT, COUNTRYWIDE FINANCIAL CORPORATION:

 7         GOODWIN PROCTER, LLP
           BY:  BRIAN PASTUSZENSKI
 8         EXCHANGE PLACE
           BOSTON, MASSACHUSETTS 02109
 9         (617) 570-1000

10         GOODWIN PROCTER, LLP
           BY:  TEODORA E. MANOLOVA
11         601 SOUTH FIGUEROA STREET
           SUITE 3200
12         LOS ANGELES, CALIFORNIA 90017-5855
           (213) 426-2500
13
     ON BEHALF OF DEFENDANT, BANK OF AMERICA:
14
           O'MELVENY & MYERS, LLP
15         BY:  MATTHEW C. HIPP
           400 SOUTH HOPE STREET
16         LOS ANGELES, CALIFORNIA 90071-2899
           (310) 430-6000
17
           O'MELVENY & MYERS, LLP
18         BY:  WILLIAM J. SUSHON
           7 TIMES SQUARE
19         NEW YORK, NEW YORK 10036
           (212) 326-2000
20

21   ON BEHALF OF DEFENDANT, DAVID SAMBOL:

22         ORRICK, HERRINGTON & SUTCLIFFE, LLP
           BY:  MICHAEL C. TU
23         777 SOUTH FIGUEROA STREET
           SUITE 3200
24         LOS ANGELES, CALIFORNIA 90017-5855
           (213) 612-2433

25
```

```
 1    APPEARANCES (CONTINUED):

 2    ON BEHALF OF DEFENDANT, RANJIT KRIPALANA:

 3            PAUL HASTINGS, LLP
              BY:  JOSHUA G. HAMILTON
 4            515 SOUTH FLOWER STREET
              TWENTY-FIFTH FLOOR
 5            LOS ANGELES, CALIFORNIA 90071
              (213) 683-6186
 6
      ON BEHALF OF DEFENDANT, ERIC SIERACKI:
 7
              DLA PIPER
 8            BY:  GRANT P. ALEXANDER
              1999 AVENUE OF THE STARS
 9            SUITE 400
              LOS ANGELES, CALIFORNIA 90067-6023
10            (310) 595-3020

11    ON BEHALF OF DEFENDANT, ANGELO, MOZILO:

12            IRELL AND MANELLA
              BY:  A. MATTHEW ASHLEY
13            840 NEWPORT CENTER DRIVE
              SUITE 400
14            NEWPORT BEACH, CALIFORNIA 92660-6324
              (949) 760-0991
15
      ON BEHALF OF DEFENDANT, STANFORD KURLAND:
16
              CALDWELL LESLIE & PROCTOR, PC
17            BY:  JEANNE A. FUGATE
              1000 WILSHIRE BOULEVARD
18            SUITE 600
              LOS ANGELES, CALIFORNIA 90017-2463
19            (213) 629-9040

20    ON BEHALF OF DEFENDANT, DAVID SPECTOR:

21            BINGHAM MC CUTCHEN, LLP
              BY:  JENNIFER SEPIC
22            355 SOUTH GRAND AVENUE
              LOS ANGELES, CALIFORNIA 90071-3106
23            (213) 680-6480

24

25
```

4

```
 1      LOS ANGELES, CALIFORNIA; MONDAY, OCTOBER 17, 2011; 11 A.M.
 2                              --000--
 3
 4
 5           THE CLERK:  IN THE MATTER OF CALENDAR ITEM NUMBER
 6   ONE, CASE NUMBER CV 11-4698-MP:  PUTNAM BANK VS. COUNTRYWIDE
 7   FINANCIAL CORPORATION.
 8           COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE
 9   RECORD.
10           MS. BOX:  DO I NEED TO GO --
11           THE COURT:  PLEASE.
12           MS. BOX:  ANNE BOX, SCOTT AND SCOTT, REPRESENTING
13   THE PLAINTIFF, PUTNAM BANK.
14           MR. PASTUSZENSKI:  GOOD MORNING, YOUR HONOR.  BRIAN
15   PASTUSZENSKI FROM GOODWIN PROCTER.  AND WITH ME ARE TEODORA
16   MANOLOVA FROM GOODWIN PROCTER.  I'M REPRESENTING THE
17   COUNTRYWIDE DEFENDANT.
18           MR. HIPP:  GOOD MORNING, YOUR HONOR.  MATTHEW HEMP
19   FROM O'MELVENY AND MEYERS ON BEHALF OF THE BANK OF AMERICA
20   DEFENDANTS.  I HAVE WITH ME THIS MORNING WILLIAM SUSHON FROM
21   OUR NEW YORK OFFICE.
22           MR. SUSHON:  GOOD MORNING, YOUR HONOR.
23           THE COURT:  GOOD MORNING.
24           MR. TU:  GOOD MORNING, YOUR HONOR.  MICHAEL TU OF
25   ORRICK HERRINGTON AND SUTCLIFFE FOR DEFENDANT, DAVID SAMBOL.
```

```
 1              THE COURT:  THAT'S RIGHT.
 2              MR. ASHLEY:  -- SOME NOT.  BUT IN AN ABUNDANCE OF
 3   CAUTION FOR ALL OF THESE CASES, THE INDIVIDUAL DEFENDANTS
 4   WOULD LIKE TO PRESERVE THOSE DEFENSES AND RAISE THEM, IF NEED
 5   BE, AT THE FIRST INSTANCE.
 6              THE COURT:  WELL, I CERTAINLY DIDN'T COME OUT HERE
 7   TO TAKE ANYTHING AWAY FROM YOU.
 8              MR. ASHLEY:  THANK YOU, YOUR HONOR.
 9              THE COURT:  NOW, AS FAR AS THE -- I SHOULD FINISH
10   THIS UP BY ASKING THE BANK OF AMERICA WHAT IT IS YOU HAVE IN
11   MIND.
12              MR. SUSHON:  YES, YOUR HONOR.  BILL SUSHON OF
13   O'MELVENY AND MEYERS FOR BANK OF AMERICA.  WE TAKE THE
14   VIEW -- WE'VE CONSULTED WITH COUNTRYWIDE AS WELL -- THAT
15   LIMITATIONS IS A THRESHOLD ISSUE THAT SHOULD BE RESOLVED
16   FIRST.  TO THE EXTENT THAT ANYTHING REMAINS TO THE CASE, THE
17   BANK WOULD THEN MAKE ITS MOTION TO DISMISS AGAINST THE
18   SUCCESSOR LIABILITY CLAIM.  THE SUCCESSOR CLAIM HERE ISN'T
19   ADEQUATELY PLEADED, BUT WE DON'T THINK THAT THE COURT EVEN
20   NEEDS TO GET THERE BECAUSE LIMITATIONS WILL DISPOSE OF THE
21   ENTIRE CASE.
22              THE COURT:  LET ME REASON YOUR LAST.  LET ME SAY
23   THAT AT SOME POINT SOMEONE IS GOING TO -- IF THEY WANT TO
24   KEEP BANK OF AMERICA IN THESE CASES, THEY'RE GOING TO HAVE TO
25   PLEAD MORE THAN THEY HAVE PLEADED.  BUT IT ISN'T A PLEADING
```

1  PROBLEM SO MUCH AS IT IS AN EXPLANATION PROBLEM.  THE REASON
2  IT'S NOT PLEADED ADEQUATELY IS BECAUSE IT'S NOT -- NO
3  RESPONSES ARE EVER MADE TO A PROBING, AN ALLEGATION, NO
4  MATTER HOW WELL IT IS PLEADED.  SOMEONE IS GOING TO HAVE TO
5  LINK UP ALL THESE TRANSACTIONS AND GET IN A SATISFACTORY WAY
6  FOR THE COURT.  IT'S AS IF THE SITUATION OR THE DEVELOPMENT
7  OF CIRCUMSTANCES OVER ALMOST A YEAR IN DELAWARE NEVER
8  HAPPENED.
9          THE CHANCELLOR -- NO ONE HAS YET IN THE
10 GIVE-AND-TAKE WITH THE COURT -- NO ONE HAS YET ON THE PART OF
11 A PARTY WHO WANTS TO ASSERT VICARIOUS LIABILITY OR SUCCESSOR
12 LIABILITY, NO ONE HAS YET REFERRED TO A YEAR'S WORTH OF WORK
13 DONE BY THE CHANCELLOR IN DELAWARE A WONDERFUL JOB, IN MY
14 OPINION, VERY HARD WORK ON A NUMBER OF ISSUES THAT IMPACT
15 THIS.  IT'S NO -- THERE'S NO POINT IN OUR JUST GOING ON AND
16 ON AND ON AND SAYING TO SOMEONE WHO IS ALLEGING THIS
17 LIABILITY AGAINST THE BANK OF AMERICA.  YOU HAVE TO PLEAD
18 SOMETHING BECAUSE WHAT REALLY STANDS IN THE WAY ARE A LOT OF
19 PUBLIC DOCUMENTS, JUDICIAL PROCEEDINGS.
20         MR. SUSHON:  THAT'S CERTAINLY OUR VIEW, YOUR HONOR.
21         THE COURT:  I KNOW IT'S YOUR VIEW AND I'M NOT
22 TAKING YOUR PART.  I'M JUST SAYING TO YOU THAT I DON'T WANT
23 TO GO ON ENDLESSLY SAYING, "RIGHT, IT SHOULD BE DISMISSED.
24 YOU HAVE TO PLEAD MORE."  THIS IS POINTLESS UNTIL WE GET TO
25 THE STAGE WHERE SOMEONE WILL STAND UP AND DO MORE THAN HAS

```
 1    BEEN DONE BEFORE.
 2              THE BACKGROUND OF VICARIOUS OR SUCCESSOR LIABILITY
 3    HAS A VERY, VERY INTENSIVE FACTUAL UNDERPINNING.  WHAT WAS
 4    THAT CHANCELLOR IN DELAWARE DOING IF HE WASN'T LOOKING AT THE
 5    FAIRNESS OF THE TRANSACTION?
 6              MR. SUSHON:  IT'S EXACTLY WHAT HE WAS HE DOING,
 7    YOUR HONOR.
 8              THE COURT:  WELL, HE DID, AND WITH DISCOVERY TOO.
 9              MR. SUSHON:  THAT'S CORRECT, WITH FULL DISCOVERY --
10              THE COURT:  THE OTHER IS THE SECOND THING, AND I'M
11    SAYING THIS NOW, IS THAT SOMEONE IS GOING TO HAVE TO TAKE THE
12    TRANSACTIONS FOR THIS COURT.  IT ISN'T ENOUGH TO SAY, "WELL,
13    THEY PUT THEIR NAME ON THE STATIONERY," OR SOMETHING.
14    SOMEONE IS GOING TO HAVE TO SHOW THE -- SOMETHING ABOUT WHAT
15    WAS WRONG WITH THESE TRANSACTIONS LEGALLY.  AND WE'RE JUST
16    FOOLING AROUND WITH THESE ALLEGATIONS.  THEY'RE IN EVERY
17    COMPLAINT.  AND THEN WHEN I READ THEM, I KNOW I'M GOING TO GO
18    INTO A MOTION TO DISMISS AND I KNOW I'M GOING TO SAY, "PLEAD
19    AGAIN."  BUT WHAT I'M TALKING ABOUT IS WITH THE BACKGROUND OF
20    THE ACTUAL TRANSACTIONS THAT WERE PARTIALLY IN THIS COURT,
21    SOMEONE IS GOING TO HAVE TO SHOW MORE.
22              NOW, I KNOW THIS IS MAKING YOU HAPPY TO HEAR ME SAY
23    THIS, BUT I'M NOT INTENDING TO MAKE YOU HAPPY.  I'M INTENDING
24    FOR THE RECORD TO STATE THAT THIS IS NOT ANY PARTIALITY ON MY
25    PART FOR BANK OF AMERICA.  THIS IS JUST AN ACTUAL DAY-TO-DAY
```

```
 1    PARTICIPATION IN WHAT HAPPENED.  AND I DID PARTICIPATE IN IT
 2    AND SO DID THE CHANCELLOR, AND I DID IN DERIVATIVE CASES.
 3    SOMEONE IS GOING TO HAVE TO STEP UP AND DO STEP BY STEP WHAT
 4    I DID.
 5              MR. SUSHON:  YES, YOUR HONOR.
 6              THE COURT:  AND I DON'T WANT -- I JUST DON'T WANT
 7    TO KEEP ON WALKING OVER THE SAME GROUND ALL THE TIME, WHICH
 8    IS NOT TO SAY THAT THERE MAY NOT BE SOMETHING WRONG WITH WHAT
 9    WAS DONE, BUT WE'RE GOING TO HAVE TO DO MORE THAN I'VE LOOKED
10    AT IN THE PLEADINGS.  THIS IS NOT A PLEADING PROBLEM, THIS IS
11    A REAL PROBLEM.
12              ALL RIGHT.  SO YOU WILL OBLIGE ME ON THE DATES, MR.
13    PASTUSZENSKI?
14              MR. PASTUSZENSKI:  YES, YOUR HONOR.
15              THE COURT:  THANK YOU.
16              MR. PASTUSZENSKI:  THANK YOU, YOUR HONOR.
17              THE COURT:  THANK YOU SO MUCH.
18                       (END OF PROCEEDINGS.)
19                              --oOo--
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF REPORTER
 2
     COUNTY OF LOS ANGELES     )
 3                             ) SS.
     STATE OF CALIFORNIA       )
 4

 5

 6   I, ROSALYN ADAMS, OFFICIAL COURT REPORTER, IN AND FOR THE

 7   UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

 8   CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

 9   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

10   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

11   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

12   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

13   OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16   DATED:  OCTOBER 18, 2011

17

18        /S/   ROSALYN ADAMS

19   ROSALYN ADAMS, CSR 11794
     OFFICIAL COURT REPORTER
20

21

22

23

24

25
```