1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  Inez Friedman-Boyce (*pro hac vice*)
   ifriedmanboyce@goodwinprocter.com
3  Brian C. Devine (SBN 222240)
   bdevine@goodwinprocter.com
4  Caroline H. Bullerjahn (*pro hac vice*)
   cbullerjahn@goodwinprocter.com
5  **GOODWIN PROCTER LLP**
   Exchange Place
6  Boston, MA 02109-2802
   Tel.:  617-570-1000
7  Fax:  617-570-1231

8  Lloyd Winawer (SBN 157823)
   lwinawer@goodwinprocter.com
9  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
10 Los Angeles, California 90017
   Tel.:  213-426-2500
11 Fax:  213-623-1673

12 *Attorneys for Defendants*
   Countrywide Financial Corporation,
13 Countrywide Home Loans, Inc.,
   Countrywide Home Loans Servicing LP,
14 Countrywide Capital Markets, LLC,
   Countrywide Securities Corporation,
15 CWALT, Inc., CWABS, Inc., CWHEQ,
   Inc., and CWMBS, Inc.

16

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) <br><br> **[PROPOSED] ORDER ON COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** <br><br> Date/Time: May 17, 2012 / 11:00 a.m. <br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*,<br><br>  Plaintiffs,<br><br>  v. | Case No. 11-CV-07154-MRP (MANx) |

| | |
|---|---|
| 1 | COUNTRYWIDE FINANCIAL |
| 2 | CORPORATION, *et al.*, |
| 3 | Defendants. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Before the Court is the Countrywide Defendants' Motion to Dismiss
2  Plaintiffs' Amended Complaint.  Having considered the Countrywide Defendants'
3  Motion, the memorandum of points and authorities and supporting papers filed
4  therewith, the response and replies thereto, all other memoranda and papers on file,
5  and oral argument, the Motion is hereby GRANTED.

6  IT IS THEREFORE ORDERED that Plaintiffs' negligent misrepresentation
7  claims, aiding and abetting claims, and remaining fraudulent misrepresentation,
8  reckless misrepresentation, and fraudulent inducement claims based on title transfer
9  allegations are dismissed with prejudice.

10  SO ORDERED.

Dated: _____, 2012

_____
Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON COUNTRYWIDE DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 11-CV-07154-MRP