Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN# 222240)
bdevine@goodwinprocter.com
Caroline H. Bullerjahn (*pro hac vice*)
cbullerjahn@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231

Lloyd Winawer (SBN# 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

*Attorneys for Defendants:*
Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, Countrywide Capital Markets, LLC, Countrywide Securities Corp., CWMBS, Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No.  11-ML-02265-MRP (MANx)<br><br>**PROOF OF SERVICE**<br><br>Courtroom: 12<br>Judge:    Hon. Mariana R. Pfaelzer |
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    *Defendants*. | Case No. 11-07154-MRP-MAN |

# **PROOF OF SERVICE**

I, Arianne Waldron, declare:

I am employed in Suffolk County Massachusetts. I am over the age of 18 and not a party to the within action. My business address is Exchange Place, Boston, MA 02109.

On **March 30, 2012**, I served the following document on the persons listed on the service list as follows:

**COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT;**

**COUNTRYWIDE DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT; and**

**[PROPOSED] ORDER ON COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

1 ☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **March 30, 2012**, at Boston, Massachusetts.

_____          _____
         Arianne Waldron                                  (Signature)
        (Type or print name)

# SERVICE LIST

| | |
|---|---|
| Blair A. Nicholas<br>Timothy A. DeLange<br>Brett M Middleton<br>Joseph William Goodman<br>Lauren A McMillen<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>12481 High Bluff Drive<br>Suite 300<br>San Diego, CA 92130<br>Telephone: 858-793-0070<br>Facsimile: 858-793-0323<br>blairn@blbglaw.com<br>brettm@blbglaw.com<br>joseph.goodman@blbglaw.com<br>lauren@blbglaw.com<br>timothyd@blbglaw.com | *Attorneys for Plaintiffs*<br>Thrivent Financial For Lutherans;<br>Thrivent Life Insurance Company;<br>Thrivent Balanced Fund;<br>Thrivent Core Bond Fund;<br>Thrivent Income Fund;<br>Thrivent Limited Maturity Bond Fund;<br>Thrivent Balanced Portfolio;<br>Thrivent Bond Index Portfolio;<br>Thrivent Limited Maturity Bond Portfolio;<br>Thrivent Financial Defined Benefits Plan Trust;<br>Thrivent Financial For Lutherans Foundation |
| Bruce D. Bernstein<br>David L. Wales<br>Gerald H. Silk<br>Jai K. Chandrasekhar<br>Lauren A. McMillen<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>1285 Avenue of the Americas<br>38th Floor<br>New York, NY 10019<br>Telephone: 212554-1400<br>Facsimile: 212-554-1444<br>bruce@blbglaw.com<br>dwales@blbglaw.com<br>jerry@blbglaw.com<br>jai@blbglaw.com<br>Lauren@blbglaw.com | |
| Brian F. Rice<br>Karin E. Peterson<br>**Rice Michels & Walther LLP**<br>10 Second St., NE<br>Suite 206<br>Minneapolis, MN 55413<br>Telephone: 612-676-2300<br>Facsimile: 612-676-2319 | |

| | | |
|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | Matthew W. Close<br>**O'Melveny and Myers LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA  90071<br>Telephone: 212-430-6000<br>Facsimile:  213-430-6407<br>mclose@omm.com<br><br>Bradley J. Butwin<br>William J. Sushon<br>Jonathan Rosenberg<br>**O'Melveny & Myers**<br>7 Times Square<br>New York, NY 10036<br>Telephone:  212-326-2000<br>Facsimile:  212-326-2061<br>bbutwin@omm.com<br>wsushon@omm.com<br>jrosenberg@omm.com<br><br>David L. Hashmall<br>**Hinshaw & Culbertson**<br>3100 Piper Jaffray Tower<br>222 South 9th Street<br>Minneapolis, MN  55402<br>Telephone:  612-333-3434 | *Attorneys for Defendant*<br>Bank of America Corp.;<br>BAC Home Loans Servicing, L.P.;<br>NB Holdings Corporation |
| 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | A. Matthew Ashley<br>Allison L. Libeu<br>**Irell & Manella LLP**<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA  92660<br>Telephone:  949-760-0991<br>Facsimile:  949-760-5200<br>mashley@irell.com<br>alibeu@irell.com<br><br>David Siegel<br>Holly L. Gershow<br>Mytili Gowri Bala<br>**Irell & Manella LLP**<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>Telephone:  310-277-1010<br>Facsimile:  310-203-7199<br>dsiegel@irell.com<br>hgershow@irell.com<br>mbala@irell.com | *Attorneys for Defendant*<br>Angelo Mozilo |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Andrew M. Luger<br>John W. Ursu<br>Erin Sindberg Porter<br>**Greene Espel PLLP**<br>200 S. 6th Street<br>Suite 1200<br>Minneapolis, MN  55402<br>Telephone:  612-373-0380<br>Facsimile:  612-373-0929 | *Attorneys for Defendant*<br>Angelo Mozilo |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | Frank M. Scaduto<br>Michael D. Torpey<br>**Orrick Herrington & Sutcliffe LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: 415-773-5700<br>Facsimile:  415-773-5759<br>fscaduto@orrick.com<br>mtorpey@orrick.com<br><br>Michael C. Tu<br>**Orrick Herrington & Sutcliffe LLP**<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017<br>Telephone:  213-629-2020<br>Facsimile:  213-612-2499<br>mtu@orrick.com<br><br>Brooke D. Anthony<br>Courtland C. Merrill<br>Vincent D. Louwagie<br>**Anthony Ostlund Baer & Louwagie PA**<br>90 South 7th Street<br>Suite 3600<br>Minneapolis, MN  55402<br>Telephone:  612-349-6969<br>Facsimile:  612-349-6996 | *Attorneys for Defendant*<br>David A. Sambol |

22
23
24
25
26
27
28

5
PROOF OF SERVICE
CASE NO. 11-CV-07154-MRP