1  David Siegel (101355)
   dsiegel@irell.com
2  A. Matthew Ashley (198235)
   mashley@irell.com
3  Allison L. Libeu (244487)
   alibeu@irell.com
4  Mytili Bala (277396)
   mbala@irell.com
5  IRELL & MANELLA LLP
   1800 Avenue of the Stars, Suite 900
6  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
7  Facsimile:   (310) 203-7199

8  Attorneys for Defendant
   Angelo Mozilo

9

                    UNITED STATES DISTRICT COURT
10
               CENTRAL DISTRICT OF CALIFORNIA
11

12

13 | **IN RE: COUNTRYWIDE** | ) | MDL No. 11-ML-02265-MRP (MANx)
   | **FINANCIAL CORP. MORTGAGE-** | )
14 | **BACKED SECURITIES** | )
   | **LITIGATION** | )
15 | | ) | **DEFENDANT ANGELO MOZILO'S**
   | | ) | **REQUEST FOR JUDICIAL**
16 | THRIVENT FINANCIAL FOR | ) | **NOTICE IN SUPPORT OF**
   | LUTHERANS, et al., | ) | **MOTION TO DISMISS**
17 | | ) | **PLAINTIFFS' AMENDED**
   | Plaintiffs, | ) | **COMPLAINT**
18 | | )
   | v. | ) | Date:  May 17, 2012
19 | | ) | Time:  11:00 a.m.
   | COUNTRYWIDE FINANCIAL | ) | Ctrm:  12
20 | CORPORATION,  et al., | ) | Judge: Hon. Mariana R. Pfaelzer
   | | )
21 | Defendants. | ) | Case No. 11-CV-07154-MRP (MANx)
   | | )

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2612419

1    Defendant Angelo Mozilo respectfully requests that the Court, pursuant to

2  Federal Rule of Evidence 201 and supporting case law, take judicial notice of the

3  below-listed documents in connection with his motion to dismiss Plaintiffs'

4  amended complaint.

5        1)    Letter dated March 14, 2012 from counsel for Plaintiffs to the Court

6  enclosing a "blackline version of the Amended Complaint." A true and correct copy

7  is attached hereto as Exhibit 1. Exhibit 1 is subject to judicial notice because its

8  accuracy "is not subject to reasonable dispute." Fed. R. Evid. 201(b).

9        2)    The principal portion of the prior opening motion papers in support of

10  Mr. Mozilo's motion to dismiss the original complaint, including Mr. Mozilo's

11  Memorandum, Mr. Mozilo's Declaration, the Porter Affidavit, the Memorandum in

12  Support of the Countrywide Defendants' Motion to Dismiss, and Countrywide's

13  Supplemental Brief. True and correct copies of the aforementioned documents are

14  attached collectively hereto as Exhibit 2.

15        3)    The principal portion of the prior reply motion papers in support of

16  Mr. Mozilo's motion to dismiss the original complaint, including Mr. Mozilo's

17  Reply Memorandum, Request for Judicial Notice, and the Reply in Support of the

18  Countrywide Defendants' Motion to Dismiss. True and correct copies of the

19  aforementioned documents are attached collectively hereto as Exhibit 3. Exhibits 2

20  and 3 are subject to judicial notice because they are part of the court file in this case.

21  *See, e.g., Mullis v. U.S. Bankr. Dist. Ct.*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987);

22  *Reyn's v. Pasta Bella LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

23  Dated: March 30, 2012                    Respectfully submitted,

24                                           Mytili Bala

25

26                                  By: _____

27                                           Mytili Bala
                                             Attorneys for Defendant
28                                           Angelo Mozilo

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2612419

- 1 -

ANGELO MOZILO'S REQUEST FOR JUDICIAL
NOTICE ISO MOTION TO DISMISS AM. COMP.
11-CV-07154-MRP (MANx)