| | |
|---|---|
| 1 | MICHAEL C. TU (State Bar No. 186793) |
|  | mtu@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | 777 South Figueroa Street, Suite 3200 |
| 3 | Los Angeles, California 90017 |
|  | Telephone: 213-629-2020 |
| 4 | Facsimile: 213-612-2499 |
| 5 | MICHAEL D. TORPEY (State Bar No. 79424) |
|  | mtorpey@orrick.com |
| 6 | FRANK M. SCADUTO (State Bar No. 271451) |
|  | fscaduto@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | The Orrick Building |
| 8 | 405 Howard Street |
|  | San Francisco, California 94105-2669 |
| 9 | Telephone: 415-773-5700 |
|  | Facsimile: 415-773-5759 |
| 10 | |
| 11 | Attorneys for Defendant David Sambol |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| THRIVENT FINANCIAL FOR LUTHERANS, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-7154-MRP (MANx) <br><br> **DAVID SAMBOL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> Date: May 17, 2012 <br> Time: 11:00 a.m. <br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |

  Defendant David Sambol respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201,[1] of the document referenced below in connection with his Motion to Dismiss the Amended Complaint.

  1. A redline, submitted by plaintiffs to the Court by letter dated March 14, 2012, comparing the Complaint dated March 28, 2011 to the Amended Complaint dated March 9, 2012. A true and correct copy of the redline comparison is attached hereto as Exhibit A.

  Judicial notice of a redline comparing an amended complaint to the original complaint is appropriate. *See, e.g.*, *Lyons v. Coxcom, Inc.*, 718 F. Supp. 2d 1232, 1237 (S.D. Cal. 2009) ("Defendant also requests the Court take judicial notice of the FAC and a red-line edit comparing Plaintiff's original complaint. The Court takes judicial notice of these documents, as a Court [may] take judicial notice of court filings."); *Lee v. Am. Airlines*, 2007 WL 2212907, at *2 (N.D. Cal. July 31, 2007) (granting request for judicial notice of redline submitted in support of motion to dismiss). Moreover, documents that are "readily verifiable" are "the proper subject of judicial notice." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). Exhibit A is capable of accurate and ready determination whose authenticity cannot be questioned, and therefore the proper subject of judicial notice.

///
///
///
///
///
///

---

[1] Federal Rule of Evidence 201 provides for judicial notice of a fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be questioned." Fed. R. Evid. 201(b).

| | | |
|---|---|---|
| 1 | Dated: March 30, 2012 | Respectfully submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By: */s/ Michael C. Tu* |
| 5 | | Michael C. Tu |
| 6 | | Attorneys for Defendant David Sambol |