BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
JOSEPH W. GOODMAN (Bar. No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
      -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-2265-MRP (MANx) <br><br> **DECLARATION OF SERVICE** |
| THRIVENT FINANCIAL FOR LUTHERANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Judge: Hon. Mariana R. Pfaelzer <br> Courtroom: 12 <br><br><br> Case No. 11-CV-7154-MRP (MANx) |

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On April 23, 2012, I served the foregoing document(s) described as:

- **Thrivent's Response to Defendants' Motions to Dismiss the Amended Complaint**
- **Declaration of Service**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

*[signature]*
Jessica Cuccurullo, C.P.

Mailing Information for Case 2:11-cv-07154-MRP-MAN

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Matthew Ashley**
  mashley@irell
- **Adam S. Hakki**
  ahakki@shearman.com
- **Allison Lauren Libeu**
  alibue@irell.com
- **Andre T. Hanson**
  ahanson@fulbright.com
- **Benedetto L. Balding**
  bbadling@murphyrosen.com
- **Blair A. Nicholas**
  blairn@blbglaw.com
- **Bradley J. Butwin**
  bbutwin@omm.com
- **Brett M. Middleton**
  brettm@blbglaw.com
- **Brian Charles Devine**
  bdevine@goodwinprocter.com
- **Brian E. Pastuszenski**
  bpastuszenki@goodwinprocter.com
- **Brian G. Burke**
  Brian.burke@shearman.com
- **Bruce D. Bernstein**
  bruce@blbglaw.com
- **Caroline H. Bullerjahn**
  cbullerhahn@goodwinprocter.com
- **Daniel P. Roeser**
  droeser@goodwinprocter.com
- **David Siegel**
  dsiegel@irell.com
- **David L. Wales**
  dwales@blbglaw.com
- **Frank M. Scaduto**
  fscaduto@orrick.com
- **Gerald H. Silk**
  jerry@blbglaw.com
- **Holly L. Gershow**
  hgershaw@irell.com
- **Inez H. Friedman-Boyce**
  ifriedmanboyce@goodwinprocter.com
- **Jai K. Chandrasekhar**
  jai@blbglaw.com
- **John W. Ursu**
  jursu@greeneespel.com
- **Jonathan Rosenberg**
  jrosenberg@omm.com
- **Joseph W. Goodman**
  Joseph.goodman@blbglaw.com

- **Kirsten M. Cunha**
  Kirsten.cunha@shearman.com
- **Lauren A. McMillen**
  lauren@blbglaw.com
- **Lloyd Winawer**
  lwinawer@goodwinprocter.com
- **Matthew W. Close**
  mclose@omm.com
- **Michael C. Tu**
  mtu@orrick.com
- **Michael D. Torpey**
  mtorpey@orrick.com
- **Mytili Bala**
  mbala@irell.com
- **Timothy Alan DeLange**
  timothyd@blbglaw.com
- **William J. Sushon**
  wsushon@omm.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case and who will be served via U.S. Mail

**Brooke D. Anthony**
**Vincent D. Louwagie**
**Courtland C. Merrill**
ANTHONY OSTLUND BAER & LOUWAGIE PA
90 S. 7th Street, Suite 3600
Minneapolis, MN 55402

**David L. Hashmall**
FELHABER LARSON FENLON & VOGT PA
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402

**Ronn B. Kreps**
FULBRIGHT & JAWORSKI
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

**Andrew M. Luger**
**Erin Sindberg Porter**
GREENE ESPEL
200 S. 6th Street, Suite 1200
Minneapolis, MN 55402-1415

**Karin E. Peterson**
**Brian F. Rice**
RICE MICHELS & WALTHER
10 Second Street NE, Suite 206
Minneapolis, MN 55413