MICHAEL C. TU (State Bar No. 186793)
*mtu@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

MICHAEL D. TORPEY (State Bar No. 79424)
*mtorpey@orrick.com*
FRANK M. SCADUTO (State Bar No. 271451)
*fscaduto@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:  415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant David Sambol

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| THRIVENT FINANCIAL FOR LUTHERANS, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-7154-MRP (MANx) <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT SAMBOL'S MINNESOTA COUNSEL** <br><br> Courtroom:  12 <br> Judge:       Hon. Mariana R. Pfaelzer |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT** Brooke D. Anthony, Courtland C. Merrill, David L. Wales, Vincent D. Louwagie of Anthony Ostlund Baer & Louwagie PA withdraw as counsel for Defendant David Sambol.  Withdrawal should be allowed because Brooke D. Anthony, Courtland C. Merrill, Vincent D. Louwagie of Anthony Ostlund Baer & Louwagie PA served as Trial Attorney and local counsel when this matter was pending in Minnesota state court, but the matter was transferred for all pretrial purposes by the United States Judicial Panel on Multidistrict Litigation to the United States District Court for the Central District of California.  In addition, David Sambol will continue to be represented in this matter by Orrick, Herrington & Sutcliffe LLP.

Dated:  April 24, 2012              Respectfully submitted,

                                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By:_____ */s/ Frank M. Scaduto*_____
                                                Frank M. Scaduto

                                    Attorneys for Defendant David Sambol