MICHAEL C. TU (State Bar No. 186793)
mtu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

MICHAEL D. TORPEY (State Bar No. 79424)
mtorpey@orrick.com
FRANK M. SCADUTO (State Bar No. 271451)
fscaduto@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant David Sambol

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| THRIVENT FINANCIAL FOR LUTHERANS, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-7154-MRP (MANx) <br><br> **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DAVID SAMBOL'S MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> Date: May 17, 2012 <br> Time: 11:00 a.m. <br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |

1   Plaintiff's Opposition does not dispute that the only claims against Mr.
Sambol—for aiding and abetting fraud and negligent misrepresentation—should be
dismissed with prejudice for the reasons stated in the Court's February 17
Dismissal Order. *See Thrivent Financial for Lutherans v. Countrywide Fin. Corp.*,
No. 2:11-CV-07154, slip op. at 10:9-12:20 (C.D. Cal. Feb. 17, 2012) [Dkt. 170].
Plaintiff's only response to Mr. Sambol's motion to dismiss the Amended
Complaint is to "incorporate[] its arguments in opposition to Defendants' previous
motions to dismiss, as well as the arguments in *Allstate II*, . . . for the purposes of
preserving appellate rights." Opp'n at 2:17-20.[1]

The Court should dismiss the Amended Complaint against Mr. Sambol with
prejudice. S*ee Pratts v. Sunjan*, No. 97-55622, 1999 WL 274662, at *1 (9th Cir.
Apr. 23, 1999) (failure to amend deficient claims results in dismissal with
prejudice).  In the alternative, the Court should dismiss the Amended Complaint for
lack of personal jurisdiction.

Dated:  May 4, 2012           Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:        */s/ Michael C. Tu*
                 Michael C. Tu

Attorneys for Defendant David Sambol

---

[1] As the Court recently recognized, it is improper for plaintiff to purport to incorporate arguments from *Allstate II* by reference.  *See* Minute Order dated April 26, 2012 [Dkt. No. 185].