David Siegel (101355)
dsiegel@irell.com
A. Matthew Ashley (198235)
mashley@irell.com
Allison L. Libeu (244487)
alibeu@irell.com
Mytili Bala (277396)
mbala@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | MDL No. 11-ML-02265-MRP (MANx) |
| THRIVENT FINANCIAL FOR LUTHERANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ANGELO MOZILO'S MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> Date: May 17, 2012 <br> Time: 11:00 a.m. <br> Ctrm: 12 <br> Judge: Hon. Mariana R. Pfaelzer <br><br> Case No. 11-CV-07154-MRP (MANx) |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2631780

REPLY MEMORANDUM IN SUPPORT OF
ANGELO MOZILO'S MOTION TO DISMISS
11-CV-07154-MRP (MANx)

1  Plaintiffs do not oppose the relief that Mr. Mozilo seeks, instead confirming
2  in their opposition brief that they did not amend their negligent misrepresentation or
3  aiding and abetting claims "and included them solely to preserve appellate rights."
4  (Opp. 1:24-25; *see also* Am. Compl.  n.1.)  The Court held each of these claims
5  deficient as a matter of law as to Mr. Mozilo in the February 17th Order.  As
6  Plaintiffs did not amend these claims as to Mr. Mozilo (as they acknowledge), each
7  of these claims should now be dismissed as to Mr. Mozilo with prejudice.  *Thrivent*
8  *Financial for Lutherans v. Countrywide Fin. Corp.*, No. 2:11-CV-07154, slip op. at
9  10:9-12:20 (C.D. Cal. Feb. 17, 2012) (Dkt. 170); *see Pratts v. Sunjan*, No. 97-
10 55622, 1999 WL 274662, at *1 (9th Cir. Apr. 23, 1999) (failure to amend deficient
11 claims results in dismissal with prejudice).[1]

13 Dated:  May  4, 2012                           Respectfully submitted,

14                                                IRELL & MANELLA LLP
                                                  David Siegel
15                                                A. Matthew Ashley
                                                  Allison L. Libeu
16                                                Mytili Bala

19                                                By:      */s/ David Siegel*
                                                       David Siegel
20                                                     Attorneys for Defendant
                                                       Angelo Mozilo

---

[1] Mr. Mozilo also moved to dismiss all claims asserted against him in Plaintiffs' original complaint for lack of personal jurisdiction.  In the prior order, the Court did not reach Mr. Mozilo's jurisdictional defense, having already dismissed all claims asserted against him on their merits.  Mr. Mozilo explicitly incorporated his prior motion to dismiss for lack of personal jurisdiction in moving to dismiss Plaintiffs' Amended Complaint. (Dkt. 176, 177, 178.)  Accordingly, since the Amended Complaint makes no new allegations concerning jurisdiction, Mr. Mozilo does not waive and explicitly preserves his personal jurisdiction defense.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2631780

- 1 -

REPLY MEMORANDUM IN SUPPORT OF
ANGELO MOZILO'S MOTION TO DISMISS
11-CV-07154-MRP (MANx)