UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 11-CV-07154 MRP (MANx) | Date | June 1, 2012 |
|---|---|---|---|
| Title | THRIVENT FINANCIAL FOR LUTHERANS, et. al. v. COUNTRYWIDE FINANCIAL CORPORATION, et al., | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None | None | |

**Proceedings:**        (In Chambers)

**ORDER RE: MOTIONS TO DISMISS**

On February 17, 2012, this Court issued an order dismissing without prejudice: (i) fraudulent misrepresentation, reckless misrepresentation, and fraudulent inducement claims that concern title transfer allegations; (ii) aiding and abetting fraud claims against all Defendants; and (iii) negligent misrepresentation claims against all Defendants.  February 17, 2012 Order (the "Dismissal Order"), ECF No. 170.  The Court granted leave to amend those claims.  *Id.*  Plaintiffs filed an Amended Complaint ("AC") on March 9, 2012. ECF No. 172.  The AC made no changes to these claims (AC at 1 n.1).  The claims identified above are therefore now **DISMISSED WITH PREJUDICE** for the reasons set out in the Dismissal Order.

The AC adds new claims regarding Bank of America's alleged liability.  The Bank of America Defendants moved to dismiss the claims against them based on the Court's decision in *Allstate Insurance Company v. Countrywide Financial Corporation.*  No. 2:11-cv-5236-MRP (MANx), 2012 WL 335730 (C.D. Cal.).  As detailed in the Opposition and the Court's April 26, 2012 Minute Order in this case, that motion is unopposed.  ECF No. 85.  Claims Six, Seven, and Eight of the AC are therefore **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.