1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  Inez Friedman-Boyce (*pro hac vice*)
   ifriedmanboyce@goodwinprocter.com
3  Brian C. Devine (SBN 222240)
   bdevine@goodwinprocter.com
4  Caroline H. Bullerjahn (*pro hac vice*)
   cbullerjahn@goodwinprocter.com
5  **GOODWIN PROCTER LLP**
   Exchange Place
6  Boston, MA 02109-2802
   Tel.: 617-570-1000
7  Fax: 617-570-1231

8  *Attorneys for Defendants*
   Countrywide Financial Corporation,
9  Countrywide Home Loans, Inc.,
   Countrywide Home Loans Servicing, LP,
10 Countrywide Capital Markets, LLC,
   Countrywide Securities Corporation,
11 CWALT, Inc., CWABS, Inc., CWHEQ,
   Inc., and CWMBS, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br><br>**STIPULATION FOR EXTENSION OF COUNTRYWIDE DEFENDANTS' TIME TO ANSWER AMENDED COMPLAINT**<br><br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 11-CV-07154-MRP (MANx) |

STIPULATION FOR EXTENSION OF COUNTRYWIDE DEFENDANTS' TIME
TO ANSWER AMENDED COMPLAINT
CASE NO. 11-CV-07154-MRP

Plaintiffs Thrivent Financial For Lutherans, Thrivent Life Insurance Company, Thrivent Financial For Lutherans Foundation, Thrivent Mutual Funds, Thrivent Variable Annuity Portfolio Funds, and Thrivent Defined Benefits Plan Trust (collectively, "Plaintiffs") and Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and CWMBS, Inc. (collectively, the "Countrywide Defendants"), by and through their counsel of record and subject to the Court's approval and order, hereby stipulate as follows:

WHEREAS, on March 9, 2012, Plaintiffs filed an amended complaint (the "Amended Complaint") in this action;

WHEREAS, on March 30, 2012, the Countrywide Defendants filed a motion to dismiss the Amended Complaint;

WHEREAS, on June 1, 2012, this Court granted in part and denied in part the Countrywide Defendants' motion to dismiss the Amended Complaint;

WHEREAS, pursuant to the Court's Order entered on March 23, 2012, the current deadline by which the Countrywide Defendants must answer or otherwise respond to the Amended Complaint is June 22, 2012 (*i.e.*, twenty-one (21) days after this Court's decision on Defendants' motions to dismiss);

WHEREAS, the Amended Complaint is 115 pages and contains 325 separate paragraphs of allegations;

WHEREAS, Plaintiffs and the Countrywide Defendants agree that good cause exists to extend the time for the Countrywide Defendants to answer the Amended Complaint;

NOW, THEREFORE, Plaintiffs and the Countrywide Defendants hereby agree and that subject to the Court's approval, the Countrywide Defendants shall have until June 29, 2012 to answer the Amended Complaint.

1    IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: June 8, 2012 | Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWHEQ, Inc., and CWMBS, Inc. |

By their attorneys,

/s/ Brian E. Pastuszenski_____
Brian E. Pastuszenski (*pro hac vice*)
Lloyd Winawer (State Bar No. 157823)
Inez H. Friedman-Boyce (*pro hac vice*)
Brian C. Devine (State Bar No. 222240)
Caroline H. Bullerjahn (*pro hac vice*)

Dated: June 8, 2012

Plaintiffs Thrivent Financial For Lutherans, Thrivent Life Insurance Company, Thrivent Financial For Lutherans Foundation, Thrivent Mutual Funds, Thrivent Variable Annuity Portfolio Funds, and Thrivent Defined Benefits Plan Trust

By their attorneys,

/s/ Timothy A. DeLange (with permission)
Timothy A. DeLange (State Bar No. 190768)
(timothyd@blbglaw.com)
Blair A. Nicholas (State Bar No. 178428)
(blairn@blbglaw.com)
Brett M. Middleton (State Bar No. 199427)
(brettm@blbglaw.com)
Joseph W. Goodman (State Bar No. 230161)
(joseph.goodman@blbglaw.com)
**Bernstein Litowitz Berger & Grossmann LLP**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858-793-0070
Facsimile: 858-793-0323

David L. Wales
(davidw@blbglaw.com)
Jai K. Chandrasekhar
(jai@blbglaw.com)
Lauren A. McMillen
(lauren@blbglaw.com)
**Bernstein Litowitz Berger & Grossmann LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

3
STIPULATION FOR EXTENSION OF COUNTRYWIDE DEFENDANTS' TIME
TO ANSWER AMENDED COMPLAINT
CASE NO. 11-CV-07154-MRP

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On June 8, 2012, I electronically filed the following document(s) using the CM/ECF system:

**STIPULATION FOR EXTENSION OF COUNTRYWIDE DEFENDANTS' TIME TO ANSWER AMENDED COMPLAINT.**

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on June 8, 2012, at Los Angeles, California.

Arianne Waldron
(Type or print name)

_(Signature)_