Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (SBN 222240)
bdevine@goodwinprocter.com
Caroline H. Bullerjahn (*pro hac vice*)
cbullerjahn@goodwinprocter.com
**GOODWIN PROCTER** LLP
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-570-1231

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc.,
Countrywide Home Loans Servicing, LP,
Countrywide Capital Markets, LLC,
Countrywide Securities Corporation,
CWALT, Inc., CWABS, Inc., CWHEQ,
Inc., and CWMBS, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No.  11-ML-02265-MRP (MANx) **[PROPOSED] ORDER REGARDING STIPULATION FOR EXTENSION OF COUNTRYWIDE DEFENDANTS' TIME TO ANSWER AMENDED COMPLAINT** Courtroom:  12 Judge:       Hon. Mariana R. Pfaelzer |
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*, Plaintiffs, v. COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, Defendants. | Case No.  11-CV-07154-MRP (MANx) |

1    Based upon the parties' Stipulation dated June 8, 2012, and good cause

2  appearing therefore,

3    IT IS HEREBY ORDERED AS FOLLOWS:  The Countrywide Defendants

4  shall have until June 29, 2012 to answer the Amended Complaint.

5    SO ORDERED.

6  Dated:  _____, 2012

7

8    _____
     Mariana R. Pfaelzer
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1