1  BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
2  BLAIR A. NICHOLAS (Bar No. 178248)
   (blairn@blbglaw.com)
3  TIMOTHY A. DELANGE (Bar No. 190768)
   (timothyd@blbglaw.com)
4  BRETT M. MIDDLETON (Bar No. 199427)
   (brettm@blbglaw.com)
5  JOSEPH W. GOODMAN (Bar No. 230161)
   (joseph.goodman@blbglaw.com)
6  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
7  Tel.: (858) 793-0070
   Fax: (858) 793-0323
8       -and-
   DAVID L. WALES
9  (davidw@blbglaw.com)
   JAI K. CHANDRASEKHAR
10 (jai@blbglaw.com)
   LAUREN A. MCMILLEN
11 (lauren@blbglaw.com)
   1285 Avenue of the Americas
12 New York, NY 10019
   Tel.: (212) 554-1400
13 Fax: (212) 554-1444

14 *Counsel for Plaintiffs*

15             **UNITED STATES DISTRICT COURT**

16             **CENTRAL DISTRICT OF CALIFORNIA**

17

18 | In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) |
19 | | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
20 | | |
21 | | |
22 | | Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*, | Case No. 11-CV-07154-MRP (MANx) |
| Plaintiffs, | |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |

1 **WHEREAS,** the parties to the above-captioned action have agreed to dismiss this action with prejudice;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above-captioned action with prejudice, including without limitation as to all claims asserted and all parties named in the complaint filed in this action on March 28, 2011 and the amended complaint filed on March 9, 2012. The parties further expressly waive any and all rights of appeal in the above-captioned action, and the parties further agree that each party shall bear its own costs and attorneys' fees.

DATED:  October 2, 2012

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Timothy A. DeLange*
Timothy A. DeLange

BLAIR A. NICHOLAS (Bar No. 178248)
(blairn@blbglaw.com)
TIMOTHY A. DELANGE (Bar No. 190768)
(timothyd@blbglaw.com)
BRETT M. MIDDLETON (Bar No. 199427)
(brettm@blbglaw.com)
JOSEPH W. GOODMAN (Bar No. 230161)
(joseph.goodman@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 793-0070
Fax: (858) 793-0323
  -and-
DAVID L. WALES
(davidw@blbglaw.com)
JAI K. CHANDRASEKHAR
(jai@blbglaw.com)
LAUREN A. MCMILLEN
(lauren@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs*

1  DATED:  October 2, 2012          **GOODWIN PROCTER LLP**

2

3                                    By: */s/ Brian E. Pastuszenski*
                                         Brian E. Pastuszenski (*pro hac vice*)
                                         bpastuszenski@goodwinprocter.com
4                                        Inez Friedman-Boyce (*pro hac vice*)
                                         ifriedmanboyce@goodwinprocter.com
5                                        Brian C. Devine (State Bar No. 222240)
                                         bdevine@goodwinprocter.com
6                                        Caroline H. Bullerjahn (*pro hac vice*)
                                         cbullerjahn@goodwinprocter.com
7                                        Exchange Place
                                         Boston, MA 02109
8                                        Telephone:  (617) 570-1000
                                         Facsimile:   (617) 523-1231
9
                                    *Attorneys for Defendants Countrywide Financial*
10                                  *Corporation, Countrywide Home Loans, Inc.,*
                                    *Countrywide Securities Corporation, CWALT,*
11                                  *Inc., CWABS, Inc., CWHEQ, Inc., and CWMBS,*
                                    *Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28