1  BERNSTEIN LITOWITZ BERGER
       & GROSSMANN LLP
2  BLAIR A. NICHOLAS (Bar No. 178248)
   (blairn@blbglaw.com)
3  TIMOTHY A. DELANGE (Bar No. 190768)
   (timothyd@blbglaw.com)
4  BRETT M. MIDDLETON (Bar No. 199427)
   (brettm@blbglaw.com)
5  JOSEPH W. GOODMAN (Bar No. 230161)
   (joseph.goodman@blbglaw.com)
6  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
7  Tel.: (858) 793-0070
   Fax: (858) 793-0323
8       -and-
   DAVID L. WALES
9  (davidw@blbglaw.com)
   JAI K. CHANDRASEKHAR
10 (jai@blbglaw.com)
   LAUREN A. MCMILLEN
11 (lauren@blbglaw.com)
   1285 Avenue of the Americas
12 New York, NY 10019
   Tel.: (212) 554-1400
13 Fax: (212) 554-1444

14 *Counsel for Plaintiffs*

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA

| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx) <br><br> **DECLARATION OF SERVICE** <br><br> Judge: Hon. Mariana R. Pfaelzer <br> Courtroom: 12 |
|---|---|

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, *et al.*, <br><br>         Plaintiffs, <br><br>         v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>         Defendants. | Case No. 11-CV-07154-MRP (MANx) |

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130-3582.

On October 2, 2012, I served the foregoing document(s) described as:

- **Stipulation of Dismissal with Prejudice**
- **Declaration of Service**

Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

_____
Jessica Cuccurullo, C.P.
Certified Paralegal

---

1

DECLARATION OF SERVICE
Case No. 11-ML-02265-MRP (MANx)

## SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Tel: 213-430-6000<br>Fax: 213-430-6407<br>mclose@omm.com<br>    -and-<br>Jonathan Rosenberg<br>William J. Sushon<br>Bradley J. Butwin<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-728-5693<br>Facsimile: 212-326-2061<br>jrosenberg@omm.com<br>wsushon@omm.com<br>bbutwin@omm.com<br>    -and-<br>David L. Hashmall<br>**FELHABER LARSON FENLON AND VOGT PA**<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN 55402<br>Tel: 612-321-6321<br>Fax: 612-338-0535<br>DHashmall@felhaber.com | *Attorneys for Defendants*<br>**Bank of America Corp., BAC Home Loans Servicing, LP, and NB Holdings Corporation** |
| David Siegel<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276<br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>dsiegel@irell.com<br>    -and-<br>A. Matthew Ashley<br>Allison L. Libeu<br>Mytili G. Bala | *Attorneys for Defendant*<br>**Angelo Mozilo** |

| | | |
|---|---|---|
| 1 | **IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA92660-6324<br>Tel:  949-760-0991<br>Fax: 949-760-5200<br>mashley@irell.com<br>alibeu@irell.com<br>mbala@irell.com<br>     -and-<br>Andrew M. Luger<br>Erin Sindberg Porter<br>John W. Ursu<br>**GREENE ESPEL**<br>200 South 6th Street, Suite 1200<br>Minneapolis, MN 55402-1415<br>Tel:  612-373-0830<br>Fax: 612-373-0929<br>ALuger@GreeneEspel.com<br>ESindbergPorter@GreeneEspel.com<br>JUrsu@GreeneEspel.com | |
| | Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017<br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com<br>     -and-<br>Frank M. Scaduto<br>Michael D. Torpey<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel:  415-773-5700<br>Fax: 415-773-5759<br>fscaduto@orrick.com<br>mtorpey@orrick.com | *Attorneys for Defendant:*<br>**David A. Sambol** |
| | Brian C. Devine<br>Inez H. Friedman-Boyce<br>Brian E. Pastuszenksi | *Attorneys for Defendants*<br>**CWABS, Inc., CWALT, Inc., CWHEQ, Inc., Countrywide** |

| | | |
|---|---|---|
| 1 | Caroline H. Bullerjahn | **Financial Corp., Countrywide** |
| 2 | **GOODWIN PROCTER LLP** | **Home Loans, Inc., Countrywide** |
| 3 | 53 State Street Exchange Place<br>Boston, MA 02109 | **Securities Corp.** |
| 4 | Tel: 617-570-1794<br>Fax: 617-523-1231 | |
| 5 | bdevine@goodwinprocter.com | |
| 6 | ifriedmanboyce@goodwinprocter.com<br>bpastuszenski@goodwinprocter.com | |
| 7 | cbullerjahn@goodwinprocter.com | |
| 8 |    -and-<br>Lloyd Winawer | |
| 9 | **GOODWIN PROCTER LLP** | |
| 10 | 10250 Constellation Blvd., 21st Floor<br>Los Angeles, CA 90067 | |
| 11 | Tel: 310-788-5711 | |
| 12 | Fax: 310-286-0992 | |
| 13 | lwinawer@goodwinprocter.com<br>   -and- | |
| 14 | Daniel P. Roeser | |
| 15 | **GOODWIN PROCTER LLP**<br>The New York Times Building | |
| 16 | 620 Eighth Avenue | |
| 17 | New York, NY 10018<br>Tel: 212-813-8800 | |
| 18 | Fax: 212-355-3333 | |
| 19 | droeser@goodwinprocter.com<br>   -and- | |
| 20 | Brian G. Burke | |
| 21 | Kirsten Nelson Cunha<br>Adam S. Hakki | |
| 22 | **SHEARMAN & STERLING LLP** | |
| 23 | 599 Lexington Avenue<br>New York, NY 10022 | |
| 24 | Tel: 212-848-4000 | |
| 25 | brian.burke@shearman.com<br>Kirsten.cunha@shearman.com | |
| 26 | ahakki@shearman.com | |
| 27 |    -and-<br>Andre T. Hanson | |
| 28 | Ronn B. Kreps<br>**FULBRIGHT & JAWORSKI LLP** | |

80 South Eighth Street, Suite 2100
Minneapolis, MN 55402
Tel: 612-321-2231
Fax: 612-321-2288
ahanson@fulbright.com
rkreps@fulbright.com